| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Indiana |
| Case number (*If known*): _____  Chapter  7 |

☐ Check if this is an amended filing

Official Form 105
# Involuntary Petition Against an Individual       12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Rodney
   First name

   _____
   Middle name

   Grubbs
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – ____ ____ ____ ____         OR      9 xx – xx – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

---

Official Form 105                     Involuntary Petition Against an Individual                     page **1**

Debtor   Rodney Grubbs                                  Case number (if known)_____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|
| | 316 East 11th Street<br>Number    Street | _____<br>Number    Street |
| | _____ | _____ |
| | Brookville          IN    47012<br>City                State   ZIP Code | _____<br>City            State   ZIP Code |
| | Franklin<br>County | |
| | **Principal place of business** | |
| | 110 Main Street<br>Number    Street | |
| | _____ | |
| | Brookville          IN    47012<br>City                State   ZIP Code | |
| | Franklin<br>County | |

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____    Relationship _____
         District _____  Date filed _____   Case number, if known _____
                                MM / DD / YYYY

         Debtor _____    Relationship _____
         District _____  Date filed _____   Case number, if known _____
                                MM / DD / YYYY

Official Form 105                Involuntary Petition Against an Individual                page **2**

Debtor  Rodney Grubbs                                      Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jennifer Butler | Default on promissory note(s) debt is not subject to bona fide dispute | $ 70,000.00 |
| Andrew Evans | Default on promissory note(s) debt is not subject to bona fide dispute | $ 50,000.00 |
| Melody Woodsum | Default on promissory note(s) debt is not subject to bona fide dispute | $ 60,000.00 |
|  | Total | $ 180,000.00 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor  Rodney Grubbs                                  Case number (if known)_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X *Jennifer Butler*
Signature of petitioner or representative, including representative's title

Jennifer Butler
Printed name of petitioner

Date signed _____
             MM / DD / YYYY

**Mailing address of petitioner**

714 Avecilla Drive
Number   Street

The Villages            FL      32162
City                    State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                    State   ZIP Code

**Attorneys**

X  /s/Matthew Foster
Signature of attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number   Street

Indianapolis            IN      46268
City                    State   ZIP Code

Date signed  12/17/2023
             MM / DD / YYYY

Contact phone  317-399-4686    Email matt@fosterlaw.llc

Official Form 105                Involuntary Petition Against an Individual                page 4

Debtor  Rodney Grubbs

Case number (if known) _____

---

✘ *Andrew Evans*

Signature of petitioner or representative, including representative's title

Printed name of petitioner: **Andrew Evans**

Date signed: 12/17/2023

**Mailing address of petitioner**

1900 SW High Avenue
Topeka, KS 66604

**Name and mailing address of petitioner's representative, if any**

(blank)

---

✘ /s/Matthew Foster

Signature of Attorney

Printed name: **Matthew Foster**

Firm name: **Foster Law LLC**

9511 Angola Court, Suite 310
Indianapolis, IN 46268

Date signed: 12/17/2023

Contact phone: 317-399-4684   Email: matt@fosterlaw.llc

---

✘

Signature of petitioner or representative, including representative's title

Printed name of petitioner: **Melody Woodsum**

Date signed: 12/17/2023

**Mailing address of petitioner**

430 SW 38th Ave
Cape Coral, FL 33991

**Name and mailing address of petitioner's representative, if any**

(blank)

---

✘ /s/Matthew Foster

Signature of Attorney

Printed name: **Matthew Foster**

Firm name: **Foster Law LLC**

9511 Angola Court, Suite 310
Indianapolis, IN 46268

Date signed: 12/17/2023

Contact phone: 317-399-4684   Email: matt@fosterlaw.llc

---

Official Form 105   Involuntary Petition Against an Individual   page 5

Debtor　　Rodney Grubbs　　　　　　　　　　　　　　　　Case number *(if known)*_____

✘ _____
Signature of petitioner or representative, including representative's title

Andrew Evans
Printed name of petitioner

Date signed　12/17/2023
　　　　　　　MM / DD / YYYY

**Mailing address of petitioner**

1900 SW High Avenue
Number　　Street

Topeka　　　　　　　　KS　　66604
City　　　　　　　　　State　　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　　Street

_____
City　　　　　State ZIP Code

✘ /s/Matthew Foster
Signature of Attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number　　Street

Indianapolis　　　　　　IN　　46268
City　　　　　　　　　　State　　ZIP Code

Date signed　12/17/2023
　　　　　　　MM / DD / YYYY

Contact phone　317-399-4684　　Email matt@fosterlaw.llc

---

✘ *Melody Woodsum*
Signature of petitioner or representative, including representative's title

Melody Woodsum
Printed name of petitioner

Date signed　12/17/2023
　　　　　　　MM / DD / YYYY

**Mailing address of petitioner**

430 SW 38th Ave
Number　　Street

Cape Coral　　　　　　FL　　33991
City　　　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number　　Street

_____
City　　　　　　　State　　　ZIP Code

✘ /s/Matthew Foster
Signature of Attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number　　Street

Indianapolis　　　　　　IN　　46268
City　　　　　　　　　　State　　ZIP Code

Date signed　12/17/2023
　　　　　　　MM / DD / YYYY

Contact phone　317-399-4684　　Email matt@fosterlaw.llc

Official Form 105　　　　Involuntary Petition Against an Individual　　　　page **5**

Debtor **Rodney Grubbs**                                                                Case number (*if known*)_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X  *Eldonna K Coats*
Signature of petitioner or representative, including representative's title

Eldonna Coats
Printed name of petitioner

Date signed  12/17/2023
             MM / DD / YYYY

**Mailing address of petitioner**

5939 Southwest 31st Terrace
Number    Street

Topeka                    KS        66614
City                      State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**
Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

**Attorneys**

X  /s/Matthew Foster
Signature of attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number    Street

Indianapolis          IN        46268
City                  State     ZIP Code

Date signed  12/17/2023
             MM / DD / YYYY

Contact phone  317-399-4686    Email matt@fosterlaw.llc

Official Form 105                    Involuntary Petition Against an Individual                    page **4**

Debtor  Rodney Grubbs                         Case number (if known)_____

# Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X  /s/ Jack Handy
Signature of petitioner or representative, including representative's title

Jack Handy
Printed name of petitioner

Date signed  _____
             MM / DD / YYYY

**Mailing address of petitioner**

142 Wingfoot Drive
Number   Street

Springfield            IL       62704
City                   State    ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____

Email  _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                   State    ZIP Code

**Attorneys**

X  /s/Matthew Foster
Signature of attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number   Street

Indianapolis            IN       46204
City                    State    ZIP Code

Date signed  12/17/2023
             MM / DD / YYYY

Contact phone  317-399-4686   Email matt@fosterlaw.llc

Official Form 105                Involuntary Petition Against an Individual                page 4

Debtor    Rodney Grubbs_____    Case number (if known)_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X *Greg Hilligoss*
Signature of petitioner or representative, including representative's title

Greg Hilligos
Printed name of petitioner

Date signed  12/17/2023
              MM / DD / YYYY

**Mailing address of petitioner**

2284 Minneman Road
Number   Street

Richmond               IN         47374
City                   State      ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____
Email            _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                   State      ZIP Code

**Attorneys**

X  /s/Matthew Foster
Signature of attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number   Street

Indianapolis           IN         46268
City                   State      ZIP Code

Date signed  12/17/2023
              MM / DD / YYYY

Contact phone  317-399-4868    Email matt@fosterlaw.llc

Official Form 105                Involuntary Petition Against an Individual                page 4

Debtor   Rodney Grubbs                              Case number *(if known)*_____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signature]_
Signature of petitioner or representative, including representative's title

Branch Lew
Printed name of petitioner

Date signed  12/17/2023
             MM / DD / YYYY

**Mailing address of petitioner**

5611 Cascina Lane
Number   Street

Auburn                IN        46706
City                  State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone   _____
Email           _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

**Attorneys**

X /s/Matthew Foster
Signature of attorney

Matthew Foster
Printed name

Foster Law LLC
Firm name, if any

9511 Angola Court, Suite 310
Number   Street

Indianapolis          IN        46368
City                  State     ZIP Code

Date signed  12/17/2023
             MM / DD / YYYY

Contact phone  317-399-4686    Email  matt@fosterlaw.llc

Official Form 105         Involuntary Petition Against an Individual         page **4**