UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
RODNEY GRUBBS, ) Case No. _____
)
Debtor. )

### APPEARANCE OF COUNSEL FOR PETITIONERS

To the Clerk of this Court and all parties of record:

Please enter the appearance of Matthew Foster as counsel for Petitioners **Jennifer Butler**, **Andrew Evans**, **Melody Woodsum**, **Eldonna Coates**, **Jack Handy**, **Greg Hilligos**, and **Branch Lew**.

I certify that I am admitted to practice in this court.

Respectfully submitted,

_____
Matthew Foster (Indiana No. 16400-49)
Foster Law LLC
9511 Angola Court, Suite 310
Indianapolis IN 46268
Telephone (317) 399-4686
Email matt@fosterlaw.llc (fax n/a)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2023, a true copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System and it may be accessed through such system.

_____
Matthew Foster
Attorney for Petitioners