United States Bankruptcy Court.
Southern District of Indiana

46 E. Ohio St. Room 116.
Indianapolis, IN. 46206

Case 23-05593-RLM-7

# ANSWER

RE: Case 23-05593-RLM-7
Involuntary Chapter 7 Bankruptcy

FILED '24 JAN 16
BANKR SD INDAM11:51

Understanding the serious nature of this case, I respectfully ask the court for a 14 day extension in order to find the proper legal council to help me address this involuntary chapter 7.

Very Sincerely,

_____
Rodney Grubbs

Date: 1/16/2024

**Copy sent via certified mail to:**
Petitioner's Attorney
Matthew W. Foster
9511 Angola Court. Suite 310
Indianapolis, IN. 46268

---

Rodney@rodneygrubbs.com

From the Desk of Rodney
p.o. box 357  brookville, in  47012
1-513-703-6338

www.RodneyGrubbs.com

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

B2500E (rev 03/2022)

In re:

Rodney Grubbs,
    Debtor.

Case No. 23-05593-RLM-7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

A petition under Title 11 of the U.S. Code was filed against you in this Court on December 17, 2023, requesting an order for relief under chapter 7 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to file a motion or answer to the attached involuntary petition within **21 days** after the service of this summons. You must also serve a copy of the motion or answer on the petitioner. If you file a motion, your time to answer is determined by Fed.R.Bankr.P. 1011(c).

| Bankruptcy Clerk's Office: | Petitioner's attorney: |
|---|---|
| Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Matthew W. Foster<br>9511 Angola Court<br>Suite 310<br>Indianapolis, IN 46268 |

If you fail to respond to this summons, an order for relief will be entered.



/s/ Eric R. Kleis
Clerk, U.S. Bankruptcy Court

Dated: December 21, 2023

---

ster Law LLC
l Angola Ct Ste 310
ianapolis IN 46268

INDIANAPOL[IS]
26 DEC 202[3]
FOREVER USA
TWO OUNCE USA


BK

Rodney Grubbs
316 East 11th Street
Brookville IN 47012

47012-101216