**SO ORDERED: January 17, 2024.**



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | CASE NO. 23-05593-RLM-7 |
| | ) | (Involuntary) |
| Alleged Debtor | ) | |
| | ) | |

### ORDER ON ALLEGED DEBTOR'S
### MOTION TO EXTEND TIME TO FILE ANSWER

Certain petitioning creditors filed a Chapter 7 involuntary petition against the alleged debtor on December 17, 2023. The summons issued on December 21, 2023 in conjunction with that involuntary petition gave the alleged debtor 21 days after service of the summons (up to January 16, 2024) to file an answer. The alleged debtor is pro se and has asked for an additional fourteen (14) days in which to obtain counsel and answer the involuntary petition, to which the petitioning creditors have objected.

The Court, being duly advised, now finds that the alleged debtor shall be given an extension up to January 23, 2024 in which to file an answer to the involuntary petition. No further extensions beyond January 23rd will be allowed,

1

absent exigent circumstances.  The alleged debtor's failure to file an answer by January 23rd will result in the entry by this Court of an order for relief against the alleged debtor under chapter 7 as provided for in 11 U.S.C. §303(h).

#  #  #