# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: admin | Date Created: 1/17/2024 |
| Case: 23−05593−RLM−7 | Form ID: pdfOrder | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
aty     Matthew W. Foster     efiling@fosterlaw.llc

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Rodney Grubbs     316 East 11th Street     Brookville, IN 47012

TOTAL: 1