United States Bankruptcy Court.
Southern District of Indiana
46 E. Ohio St. Room 116.
Indianapolis, IN. 46206

Case 23-05593-RLM-7

ANSWER

RE: Case 23-05593-RLM-7
Involuntary Chapter 7 Bankruptcy

FILED '24 JAN 23
BANKR SD INDPKZ:23

Since this Chapter 7 filing came after an initial series of social media posts alleging fraud and securities issues, my initial legal focus and discussions were with defense attorney (Judson McMillin on 12/14/2023) and civil law attorneys (Joe Sprafka on 12/15/2023 and Mike Einterz on 12/15/2023).

In search of the proper counsel to address the uniqueness of an involuntary Chapter 7 filing, I have spoken with four individual bankruptcy attorneys through initial consultative phone calls and/or emails. KC Cohen (Cohen & Malad, LLP on 12/15/2023), Lloyd Koehler (Koehler Law Office on 1/11/2024), Richard Shea (Sawin & Shea, LLC on 1/12/2024) and Harley Means (Kroger, Gardis & Regas, LLP on 1/15/2024)

I do apologize to the court for requesting the short extension to determine an answer to the petitioner's motion in this bankruptcy case.

Due to very limited remaining cash assets, I have not retained legal counsel for this case, but based on the information gathered in the calls, texts and emails with the aforementioned attorneys, I will personally provide my answer.

In speaking with the above listed bankruptcy attorneys, they were all in agreement that an involuntary chapter 7 filing is a somewhat rare case, usually reserved for situations where the debtor has significant dissolvable assets to satisfy the petitioners and all the future participating creditors.

Since my assets do not fit into that category, I therefore respectfully oppose the granting of this motion of an involuntary Chapter 7 bankruptcy for the following reasons:

1) My current non-exempt asset list contains 11 single low income family rental properties that would currently be valued at approximately $800K

    and the Pickleball Rocks business with approximately $150K paddle/apparel inventory plus unknown intellectual property value. The current intellectual property value has been greatly diminished based on recent coordinated social media attacks.

2) There are no less than 250 outstanding lenders who would participate in the distribution of proceeds from a sale of all the non-exempt assets.

3) Mr. Matthew Foster, attorney for the petitioners, has additionally filed for, and successfully received, default judgements in excess of $2.9 million dollars for two additional lenders. (Peck Case 24C02-2307-CC-000400 Franklin County Circuit Court for $1.7M and Piche Case 24C01-2311-CT-000631 Franklin County Circuit Court for $1.2M)

Therefore, realizing that an Involuntary Chapter 7 ruling would have an extremely negative impact on the many families who would receive a very small distribution from the sale of assets, I pray that the court will consider the following:

In my consultation calls with attorneys KC Cohen and Harley Means both informed me that Chapter 11 is an area that may be more helpful to the creditors. In chapter 11 a business can be preserved and restructured, and actually allow lenders to become shareholders of the company and participate in all future profits.

I readily admit I am not an expert in the various chapters of bankruptcy.

I am however, very knowledgeable about the growth of the sport of pickleball, both from a historical perspective as well as where the sport is going in the future.

In 2019 there were 3.5 million pickleball players in the US.

Now, according to this recent posting from the governing body of pickleball (USA Pickleball):

**Estimated Pickleball Players Within the United States**

"Pickleball grew in 2023 to 8.9 million players in the US, according to the 2023 Sports & Fitness Industry Association (SFIA) Single Sport Report on Pickleball. SFIA is the premier trade association for top brands, manufacturers, retailers and marketers in the American sporting goods and fitness industry." (USA Pickleball)

"and the expectation is 40 million by 2030," according to Major League Pickleball Strategic Advisor Brian Levine (Yahoo Finance)

So Your Honor, the sport is on a tremendous growth trajectory, and large investors, professional athletes and Hollywood actors are investing in Major League Pickleball teams valued from $6-10M.  The are investing in vacant shopping malls and warehouses, where they are remodeling and reopening them as indoor pickleball facilities.  And they are launching paddle brands in unprecedented numbers.

This is all being done on the speculation and belief that pickleball will continue to be the fastest growing sport in the United States.

I am including the below graph to show the actual Pickleball Rocks business sales and to show the growth trajectory that the Pickleball Rocks business is on.  Just as importantly in your analysis, the graph also shows what our sales projections were for 2020 to 2022.  This was where Pickleball Rocks was positioned just as the pandemic hit and erased many of the pickleball tournaments that are the key drivers of our sales.

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $35,460 | $74,960 | $80,121 | $135,370 | $174,340 | $232,612 | $224,335 | $196,585 | $273,487 | $350,824 | $367,191 |
| Projected Revenues | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $500,000 | $750,000 | $1,000,000 | |

Projected Revenues were from adding 200 tournament events that were scheduled to sell the Pickleball Rocks goods. All those tournaments were cancelled. The average tournament sales are $1500 per event. Tournament sales then drive our website sales.
There are now dozens of tournament events every weekend, year round.



Pickleball Rocks Sales and Project Revenues

MORE PICKLEBALL GROWTH STATISTICS:
https://www.pickleheads.com/blog/pickleball-statistics

So in conclusion, the ruling on this case is going to impact many people's lives. I beg the court to consider any option that would allow the petitioners and all future creditors to be able to recoup money with the one asset that has the ability to continue to produce income.

No matter what chapter or other option is chosen by the court, if the business is to continue, I will respectfully relinquish all ownership/management/profit rights to the creditors.

With a good management team, Pickleball Rocks can and will continue to grow.

No doubt some of the petitioners will argue that the reputation of Pickleball Rocks has been irreparably harmed. My reply to that is there are millions of new players coming into the sport now and in the future. The vast majority of pickleball players (potential customers) do not use social media, and will not be impacted by any of the current news. Those new players will shop and buy.

Very Sincerely,

_Rodney Grubbs_
Rodney Grubbs

Date: 1/23/2024

**Copy sent via certified mail to:**
Petitioner's Attorney
Matthew W. Foster
9511 Angola Court. Suite 310
Indianapolis, IN. 46268