IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | |
|---|---|
| RODNEY GRUBBS | CASE NO. 23-05593 RLM 7 |
| Debtor | |

**APPEARANCE FOR THE UNITED STATES TRUSTEE**

The undersigned appears on behalf of the United States Trustee in this case:

Damaris D. Rosich-Schwartz
OFFICE OF THE UNITED STATES TRUSTEE
Birch Bayh Federal Bldg. and
United States Courthouse
46 E. Ohio St., Room 520
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Damaris.D.Rosich-Schwartz@usdoj.gov

        Respectfully Submitted,

        Nancy J. Gargula
        UNITED STATES TRUSTEE

By:   /s/ Damaris D. Rosich-Schwartz
        Damaris D. Rosich-Schwartz
        Office of the United States Trustee
        Birch Bayh Federal Bldg. and
        United States Courthouse
        46 E. Ohio St., Room 520
        Indianapolis, IN 46204
        Tel. (317) 226-5709
        Fax (317) 226-6356
        Damaris.D.Rosich-Schwartz@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 24, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Matthew W. Foster  efiling@fosterlaw.llc, mfoster@isdh.in.gov

  I further certify that on January 24, 2024, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Rodney Grubbs
316 East 11th Street
Brookville, IN 47012

            /s/ Damaris Rosich-Schwartz
            Damaris D. Rosich-Schwartz
            Office of the United States Trustee
            Birch Bayh Federal Bldg. and
            United States Courthouse
            46 E. Ohio St., Room 520
            Indianapolis, IN 46204
            Tel. (317) 226-5709
            Fax (317) 226-6356
            Damaris.D.Rosich-Schwartz@usdoj.gov