# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| IN THE MATTER OF: | CASE NO. 23-05593-RLM-7 |
|---|---|
| RODNEY GRUBBS,<br>               Debtor. | CHAPTER 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Comes now James D. Johnson of Jackson Kelly PLLC, and pursuant to S.D. Ind. L.R. 9010-1 and 2002-1 enters his appearance on behalf of Justin Masterson and Meryl Masterson, in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon him at the address, e-mail or facsimile number indicated below.

Dated: January 25, 2024
                                                        */s/* James D. Johnson
                                                        James D. Johnson
                                                        Indiana Attorney Number: #11984-49
                                                        **JACKSON KELLY PLLC**
                                                        221 NW Fifth Street, P.O. Box 1507
                                                        Evansville, Indiana 47706-1507
                                                        E-mail: jdjohnson@jacksonkelly.com
                                                        Tele: (812) 422-9444
                                                        Fax: (812) 421-7459

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was filed with the U.S. Bankruptcy Court. Notice of this filing will be sent to all individuals and/or entities listed within the List of Creditors (if any) via U.S. mail, postage pre-paid and will be sent to the following counsel of record/parties by operation of the Court's CM/ECF system:

Matthew W. Foster
FOSTER LAW LLC
9511 Angola Court, Suite 310, Indianapolis, IN 46268
efiling@fosterlaw.llc
wes@ofattorneys.com
*Counsel for Petitioning Creditors*

Additionally, a copy was mailed to the *pro se* debtor via U.S. mail, postage pre-paid at the following address:

Rodney Grubbs
316 East 11th Street
Brookville, IN 47012

                                                       */s/* James D. Johnson