SO ORDERED: January 25, 2024.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY GRUBBS ) | CASE NO. 23-05593-RLM-7 |
| ) | (Involuntary) |
| Alleged Debtor ) | |

**ORDER SETTING TRIAL AND ORDER PROHIBITING
THE TRANSFER OR DISPOSITION OF PROPERTY**

Certain petitioning creditors filed a Chapter 7 involuntary petition against the alleged debtor on December 17, 2023. The alleged debtor has filed an answer to the involuntary petition. As more fully set forth below, the matter will be set for trial and the alleged debtor shall be prohibited from transferring, encumbering, or otherwise disposing of certain property of the alleged debtor until further court order.

The debtor in his answer refers to 11 single low income family rental properties, and a business known as "Pickleball Rocks" as property that he owns. He also suggests that a chapter 11 case may "be more helpful to the creditors." (Dkt. #11, page 2 of 4). While Section 303(f) of the Bankruptcy Code allows an alleged debtor to continue to operate his business and dispose of property as if no

1

involuntary case had been filed against him, a court may order otherwise under appropriate circumstances. [1]

The Court finds that, given the nature of the assets referred to in the alleged debtor's answer and the need to preserve those assets, the alleged debtor shall be prohibited from transferring, encumbering, or disposing of those assets until further court order.

Accordingly, it is hereby ordered that:

(1) Trial on this matter shall be held on **February 7, 2024 at 9:30 a.m**. (local time) in Room #310 of the United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204; and

(2) the alleged debtor, Rodney Grubbs, shall be prohibited from transferring, encumbering, or disposing of the 11 single low income family rental properties, assets related thereto, and the "Pickleball Rocks" business, including its apparel/inventory and intellectual property until further court order.

# # #

---

[1] 11 U.S.C. §303(f) provides:
(f) …*except to the extent that the court orders otherwise*, and until an order for relief in the case, any business of the debtor may continue to operate and the debtor may continue to use, acquire or dispose of property as if an involuntary case concerning the debtor had not been commenced. (italics added).