# Notice Recipients

District/Off: 0756−1         User: admin              Date Created: 1/25/2024
Case: 23−05593−RLM−7         Form ID: pdfOrder        Total: 5

**Recipients of Notice of Electronic Filing:**
ust         U.S. Trustee            ustpregion10.in.ecf@usdoj.gov
aty         Damaris D Rosich−Schwartz        damaris.d.rosich−schwartz@usdoj.gov
aty         James D. Johnson        jdjohnson@jacksonkelly.com
aty         Matthew W. Foster       efiling@fosterlaw.llc

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Rodney Grubbs          316 East 11th Street          Brookville, IN 47012

TOTAL: 1