UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RODNEY GRUBBS, | ) Case No. 23-05593-RLM-7 |
| | ) (Involuntary) |
| Debtor. | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** Gerald Bischoff and Tracy Lynn Bischoff (the "Bischoffs") appear herein by and through their counsel, Steven C. Coffaro of Keating Muething & Klekamp PLL, and request that all notices given or required to be given in this case and papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Steven C. Coffaro
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-6489
Fax: (513) 579-6457
steve.coffaro@kmklaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the foregoing demand includes not only the notice referred to in the Rule specified above, but also includes, without limitation, notices of any application, motion, or other pleading, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, or facsimile: (1) that affects or seeks to affect in any rights or interests of (a) the Debtor, (b) property in which the Debtor may claim an interest, (c) property in the possession, custody or control of the Debtor, or (d) claims against the Debtor

to the estates; or (2) that seeks to require any act, payment, or other conduct by, or that in any manner affects, the rights of the Bischoffs.

**PLEASE TAKE FURTHER NOTICE THAT**, the Bischoffs intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (1) the Bischoffs' right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the Bischoffs' right to a trial by jury in any proceeding so triable in this case; (3) the Bischoffs' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Bischoffs are or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the Bischoffs expressly reserve.

Respectfully submitted,

*/s/ Steven C. Coffaro*
Steven C. Coffaro (19767-15)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-6489
Fax: (513) 579-6457
Steve.coffaro@kmklaw.com
*Attorney for Creditors,*
*Gerald and Tracy Lynn Bischoff*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024 a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE was served electronically through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court.

                                                                */s/ Steven C. Coffaro*
                                                               Steven C. Coffaro

13265263.1