UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-05593-RLM-7 |
| ) | (Involuntary) |
| Rodney Grubbs, ) | |
| ) | |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now James J. O'Connor, Jr. of Barrett McNagny, LLP, and pursuant to S.D. Ind. L.R. 9010-1 and 2002-1 enters his appearance on behalf of creditors Zack Grubbs and Amy Grubbs, in the above-captioned matter.

PLEASE TAKE FUTHER NOTICE that counsel hereby requests copies of all notices and pleadings given or filed in this case be given and served upon him at the address, e-mail or facsimile number indicated below.

Date:  February 6, 2024                    BARRETT McNAGNY LLP

By */s/ James J. O'Connor, Jr.*
James J. O'Connor, Jr., #23081-02
215 East Berry Street
Fort Wayne, IN  46802
Telephone:  (260) 423-9551
Fax:  (260) 423-8920
Email:  jjo@barrettlaw.com
*Attorney for Josh Grubbs*
*and Abby Grubbs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a copy of the foregoing *Notice of Appearance and Request for Notice* was filed with the U.S. Bankruptcy Court. Notice of this filing will be sent to the following counsel of record/parties by operation of the Court's CM/ECF system:

Additionally, a copy was mailed to the *pro se* debtor via U.S. mail, postage pre-paid at the following address:

Rodney Grubbs
316 East 11th Street
Brookville, IN 47012

*/s/ James J. O'Connor, Jr.*
James J. O'Connor, Jr.