United States Bankruptcy Court
Southern District of Indiana

In re:                                                                                              Case No. 23-05593-RLM
Rodney Grubbs                                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1      User: admin      Page 1 of 2
Date Rcvd: Feb 07, 2024      Form ID: s001013      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Grubbs, 316 East 11th Street, Brookville, IN 47012-1012 |
| ptcrd | + | Andrew Evans, 1900 SW High Avenue, Topeka, KS 66604-3125 |
| ptcrd | + | Branch Lew, 5611 Cascina Lane, Auburn, IN 46706-9809 |
| cr | + | Chris Ann Greeson, 914 Ridgewood CT, Connersville, IN 47331, UNITED STATES 47331-1264 |
| ptcrd | + | Eldonna Coats, 5939 Southwest 31st Terrace, Topeka, KS 66614-4123 |
| cr | + | Gerald Bischoff, 14148 Roberts Rd., Brookville, IN 47012-8207 |
| ptcrd | + | Greg Hilligoss, 2284 Minneman Road, Richmond, IN 47374-9680 |
| ptcrd | + | Jack Handy, 142 Wingfoot Drive, Springfield, IL 62704-3158 |
| ptcrd | + | Jennifer Butler, 714 Avecilla Drive, The Villages, FL 32162-3910 |
| ptcrd | + | Melody Woodsum, 430 SW 38th Ave, Cape Coral, FL 33991-7637 |
| cr | + | Richard Wayne Greeson, 914 Ridgewood CT, Connersville, IN 47331, UNITED STATES 47331-1264 |
| cr | + | Robert William Zitnick, 5173 Blue Creek Rd, Brookville, IN 47012-9347 |
| cr | + | Robyn Zitnick, 5173 Blue Creek Rd, Brookville, IN 47012-9347 |
| cr | + | Sharon Bryant, 18254 Stone Church Road, Laurel, IN 47024-9743 |
| cr | + | Terry Bryant, 18254 Stone Church Road, Laurel, In 47024-9743 |
| cr | + | Tracy Lynn Bischoff, 14148 Roberts Rd., Brookville, IN 47012-8207 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

District/off: 0756-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 07, 2024 | Form ID: s001013 | Total Noticed: 16

| Name | Email Address |
|---|---|
| Damaris D Rosich-Schwartz | on behalf of U.S. Trustee U.S. Trustee damaris.d.rosich-schwartz@usdoj.gov |
| James O'Connor | on behalf of Creditor Zack Grubbs jjo@barrettlaw.com |
| James O'Connor | on behalf of Creditor Abby Grubbs jjo@barrettlaw.com |
| James O'Connor | on behalf of Creditor Amy Grubbs jjo@barrettlaw.com |
| James O'Connor | on behalf of Creditor Josh Grubbs jjo@barrettlaw.com |
| James D. Johnson | on behalf of Creditor Justin Masterson jdjohnson@jacksonkelly.com abigail.luckett@jacksonkelly.com |
| James D. Johnson | on behalf of Creditor Meryl Masterson jdjohnson@jacksonkelly.com abigail.luckett@jacksonkelly.com |
| Matthew W. Foster | on behalf of Petitioning Creditor Jack Handy efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Melody Woodsum efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Greg Hilligoss efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Eldonna Coats efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Branch Lew efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Jennifer Butler efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Andrew Evans efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Richard Wayne Greeson | on behalf of Creditor Richard Wayne Greeson wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Sharon Bryant wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Terry Bryant wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Robert William Zitnick wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Chris Ann Greeson wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Robyn Zitnick wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Steven Charles Coffaro | on behalf of Creditor Gerald Bischoff steve.coffaro@kmklaw.com |
| Steven Charles Coffaro | on behalf of Creditor Tracy Lynn Bischoff steve.coffaro@kmklaw.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 23

SO ORDERED: February 7, 2024.



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

S001013 (rev 11/2015)

In re:

**Rodney Grubbs**,                                    Case No. **23–05593–RLM–7**
            Debtor.

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE AND ORDER TO COMPLETE FILING

An involuntary petition was filed against the debtor on December 17, 2023, by Petitioning Creditors Jennifer Butler, Andrew Evans, Melody Woodsum, and et al.

**IT IS ORDERED** that the request for an order for relief under chapter 7 of the Bankruptcy Code is **GRANTED**.

**IT IS FURTHER ORDERED** that the debtor must file a Creditor List by February 14, 2024, and the Schedules and Statement of Affairs by February 21, 2024.

The Clerk's Office will distribute this order.

###