**SO ORDERED: February 21, 2024.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 01/2024)

In re:

**Rodney Grubbs**,
    Debtor.

Case No. **23–05593–RLM–7**

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE INITIAL DOCUMENTS

A Motion to Extend Time to File Schedules, Statement of Affairs and all other required documents was filed on February 20, 2024, by Debtor Rodney Grubbs.

**IT IS ORDERED** that the Motion to Extend Time to File Schedules, Statement of Affairs and all other required documents is **GRANTED**. The deadline for filing is extended to March 22, 2024.

Pursuant to S.D.Ind. B–1007–1(c)(3), if the new date for filing documents is more than **14 days** after the first meeting of creditors, the debtor is deemed to have waived any objection to the timeliness of a notice of presumed abuse. Pursuant to 11 U.S.C. § 704(b)(1), the U.S. Trustee will review all documents filed by the debtor and file a statement with the Court as to whether the debtor's case would be presumed to be an abuse under section 707(b). This statement must be filed no later than **14 days** after the filing of documents or **14 days** after the first meeting of creditors, whichever is later.

The Clerk's Office will distribute this order.

###