UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RODNEY GRUBBS | ) CASE NO. 23-05593-RLM-7 |
| | ) |
| DEBTOR. | ) |

**TRUSTEE'S AMENDED APPLICATION TO EMPLOY REALTOR**

The Applicant, Joanne Friedmeyer, and for her *Amended*[1] *Application to Employ Realtor* respectfully represents:

1. She is the duly qualified and acting Trustee in the above-noted bankruptcy.

2. Your petitioner wishes to employ Lisa Brinnon and the real estate firm of Irongate, Inc., as a real estate professional in order to sell certain real estate in which the Debtor owns an interest located at: (i) 207 E. Sunrise Ave, Dayton, OH 45426; (ii) 7032 Marsh Creek Drive, Dayton, OH 45426; (iii) 3738 Wilmore St., Dayton, OH 45416; (iv) 423 Fountain Ave, Dayton, OH 45405 (v) 426 Fountain Ave, Dayton, OH 45405; and (vi) 319 W. Hudson Ave, Dayton, OH 45405 (collectively, the "Real Estate"), on the fee basis set forth below.

3. Petitioner has selected said real estate professional for the reason that said professional has experience in matters of this character, he is familiar with the area in which the Real Estate is located, and is well qualified to provide services to the Bankruptcy Estate in this proceeding.

4. The following is a current fee schedule for Lisa Brinnon and the real estate firm of Irongate, Inc. It is contemplated that Lisa Brinnon and the real estate firm of Irongate, Inc. will seek compensation from the effective date of employment based upon said rates, and the fees to be awarded shall be determined by this court upon application.

Real Estate Sale Services:        6% of the gross sale price of each property

---

[1] This Application amends the original application [Doc. No. 41] to: (i) remove reference to the sale of 130 Lorenz Avenue, Dayton, OH 45417; 133 Colgate Ave., Dayton, OH 45417 and 712 Randolph Street, Dayton, OH 45417, because these three properties are each either vacant lots or abandoned structures whose likely sale price is less than the property tax liens attaching to such properties; and (ii) add the additional properties located at 3738 Wilmore St., Dayton, OH 45416; 423 Fountain Ave, Dayton, OH 45405; 426 Fountain Ave, Dayton, OH 45405; and 319 W. Hudson Ave, Dayton, OH 45405, which the Trustee has identified from information provided by Debtor.

comprising the Real Estate, with such percentage to be split with any buyer's agent, if applicable. If Lisa Brinnon and/or the real estate firm of Irongate, Inc., represent both buyer and seller, the fee will be 5% of the gross sale price of the property.

5. To the best of your petitioner's knowledge, said real estate professional and real estate firm have no connection with the Debtor, they do not represent any adverse interest to the Trustee or to the estate in this matter and their employment would be in the best interests of this estate.

WHEREFORE, your petitioner prays that she be authorized to employ Lisa Brinnon and the real estate firm of Irongate, Inc., as a real estate professional for the Bankruptcy Estate under the above-described arrangement.

/s/ Joanne Friedmeyer, Trustee
Joanne Friedmeyer, Trustee
1389 West 86th Street, #280
Indianapolis, IN 46260
Email:   jfriedmeyer@friedmeyeralaw.com

I, Joanne Friedmeyer, Trustee, petitioner named in the foregoing petition, do hereby make solemn oath that the statements contained herein are true to the best of my knowledge, information, and belief.

/s/ Joanne Friedmeyer, Trustee
Joanne Friedmeyer, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.

Steven Charles Coffaro    steve.coffaro@kmklaw.com
Matthew W. Foster    efiling@fosterlaw.llc, mfoster@isdh.in.gov
Richard Wayne Greeson    wgreeson@greesonlaw.com, courtdocs@greesonlaw.com;
James D. Johnson    jdjohnson@jacksonkelly.com, abigail.luckett@jacksonkelly.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
James O'Connor    jjo@barrettlaw.com
Damaris D Rosich-Schwartz    damaris.d.rosich-schwartz@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I hereby further certify that on March 19, 2024 a copy of the foregoing was served upon: Rodney Grubbs, 316 East 11th Street, Brookville, IN 47012, by United States first-class mail, postage prepaid.

/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer (#10819-49)
JOANNE B. FRIEDMEYER, P.C.
1389 West 86th Street, #280
Indianapolis, IN 46260
Telephone:  (317) 755-3103
Facsimile:   (317) 257-5676
JFriedmeyer@FriedmeyerLaw.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RODNEY GRUBBS | )  CASE NO. 23-05593-RLM-7 |
| | ) |
| DEBTOR. | ) |

## VERIFIED AFFIDAVIT OF LISA BRINNON

Comes now Lisa Brinnon, and, being first duly sworn upon her oath, deposes and says:

1. I am a real estate agent with the real estate firm Irongate, Inc.

2. I have extensive experience in residential real estate sales in Dayton, Ohio and am well-qualified to provide residential real estate listing services to the Trustee herein, and I accept employment on the basis set forth in the Application.

3. Neither myself, nor Irongate, Inc., nor any of Irongate, Inc.'s shareholders hold any interest adverse to the above-entitled estate and said residential real estate brokerage firm is a disinterested party as defined in 11 U.S.C. Section 101(14).

4. Neither myself, nor Irongate, Inc., nor any of Irongate, Inc.'s shareholders have any connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 03-07-2024

*Lisa Brinnon*

Lisa Brinnon, Agent
Irongate, Inc.