**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY GRUBBS ) | CASE NO. 23-05593-JJG-7A |
| ) | |
| _____Debtor._____ ) | |
| JOANNE FRIEDMEYER, TRUSTEE, ) | Adversary Proceeding |
| ) | No. 25-50127 |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| SCOTT SIEWERT, TERESA SIEWERT ) | |
| ) | |
| Defendants. ) | |

**<u>Affidavit of Vicki Lintz</u>**

My name is Vicki Lintz, and I hereby state and declare as follows:

1.      I do herby certify that I am an employee of FCN Bank and as such I have charge of the records showing all records of FCN Bank requested relating to Rodney Grubbs and Your Business Ignited LLC dba All About Pickleball Or Pickleball Rocks

2.      I hereby further certify that the document attached hereto as Exhibit "A-1" is a monthly statement dated November 30, 2023 for FCN Bank account ending 4071 for an account held in the name of Your Business Ignited LLC dba All About Pickleball Or Pickleball Rocks.

3.      I hereby further certify that the document attached hereto as Exhibit "A-2" is a monthly statement dated December 29, 2023 for FCN Bank account ending 4071 for an account held in the name of Your Business Ignited LLC dba All About Pickleball Or Pickleball Rocks.

3.      I further certify that the documents attached hereto as Exhibits "A-1" and "A-2 are, with the exception of redactions and exhibit labels thereto, complete reproductions of the original records, that are housed in FCN Bank, made in the usual course of business, and it was the regular course of FCN Bank to make these records at or near the time of the matter recorded.

1

FURTHER AFFIANT SAYETH NAUGHT.

5-26-2026
Date:

Vicki Lintz

2

```
                                        Date  11/30/23      Page    1
                                        Account Number      ████4071
                                        Enclosures                 6
```

```
        YOUR BUSINESS IGNITED LLC
        DBA ALL ABOUT PICKLEBALL
        OR PICKLEBALL ROCKS
        PO BOX 357
        BROOKVILLE IN  47012
```

```
                ==== CHECKING ACCOUNT ====
```

```
FREE BUSINESS CHECKING              Image Statement                  6
Account Number           ████4071   Statement Dates 11/01/23 thru 11/30/23
Previous Balance          534.25    Days in the statement period     30
   15 Deposits/Credits 218,498.76   Average Ledger              20,464
   43 Checks/Debits     70,650.54   Average Collected           20,464
Service Charge                .00
Interest Paid                 .00
Ending Balance        148,382.47
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| NSF (Non-Sufficient Funds) Paid Item Fees | $.00 | $.00 |
| NSF (Non-Sufficient Funds) Return Item Fees | $.00 | $.00 |

```
            Deposits and Other Credits

11/01     SENDER     CRAIG BLACK              15,000.00
                        11/01/23
          ID #-██████████
          TRACE #-████████████
11/01     DDA REGULAR DEPOSIT                  7,016.00
11/06     TRANSFER   PAYPAL                      190.00
          PAYPALSD11       11/06/23
          ALL ABOUT PICKLEBALL
          TRACE #-████████████
11/07     TRANSFER   PAYPAL                      115.00
          PAYPALSD11       11/07/23
          ALL ABOUT PICKLEBALL
          TRACE #-████████████
11/08     DDA REGULAR DEPOSIT                    255.00
11/10     WIRE TRANSFER FROM                  15,000.00
          LORNA JEANNE HORNBUCKLE
11/13     DDA REGULAR DEPOSIT                  1,045.00
11/14     DDA REGULAR DEPOSIT                     95.00
11/14     DDA REGULAR DEPOSIT                  1,770.00
11/16     TRANSFER   PAYPAL                    1,228.68
          PAYPALSD11       11/16/23
```

Exhibit "A-1"



FREE BUSINESS CHECKING            4071  (Continued)

### Deposits and Other Credits

|       | ALL ABOUT PICKLEBALL TRACE | |
|-------|-----------------------------|------------|
| 11/20 | WIRE TRANSFER FROM BETSY UNDERHILL | 20,000.00 |
| 11/28 | WIRE TRANSFER FROM LYNN E WAGNER | 15,000.00 |
| 11/28 | DDA REGULAR DEPOSIT | 495.00 |
| 11/30 | WIRE TRANSFER FROM ETHEL F SEBASTIAN | 140,000.00 |
| 11/30 | TRANSFER   PAYPAL PAYPALSD11      11/30/23 ALL ABOUT PICKLEBALL TRACE #- | 1,289.08 |

### Withdrawals and Other Debits

| | | |
|-------|------------------------------|----------|
| 11/02 | Transfer from x4071 to x1322 | 1,000.00 |
| 11/02 | Transfer from x4071 to x3463 | 4,150.00 |
| 11/03 | Transfer from x4071 to x3463 | 1,000.00 |
| 11/06 | Transfer from x4071 to x1322 | 750.00 |
| 11/06 | Transfer from x4071 to x1322 | 1,000.00 |
| 11/07 | Transfer from x4071 to x1322 | 700.00 |
| 11/07 | Transfer from x4071 to x7979 | 1,550.00 |
| 11/07 | Transfer from x4071 to x3463 | 8,500.00 |
| 11/08 | Transfer from x4071 to x1322 | 500.00 |
| 11/08 | Transfer from x4071 to x1322 | 700.00 |
| 11/10 | Transfer from x4071 to x7979 | 265.00 |
| 11/10 | WIRE FEE | 15.00 |
| 11/13 | Transfer from x4071 to x7979 | 35.00 |
| 11/13 | Transfer from x4071 to x1322 | 650.00 |
| 11/14 | Transfer from x4071 to x1322 | 300.00 |
| 11/14 | Transfer from x4071 to x1322 | 400.00 |
| 11/16 | Transfer from x4071 to x1322 | 500.00 |
| 11/16 | Transfer from x4071 to x1322 | 800.00 |
| 11/16 | Transfer from x4071 to x3463 | 5,400.00 |
| 11/17 | Transfer from x4071 to x1322 | 2,000.00 |
| 11/20 | Transfer from x4071 to x1322 | 1,000.00 |
| 11/20 | Transfer from x4071 to x1322 | 1,309.32 |
| 11/20 | Transfer from x4071 to x3463 | 3,000.00 |
| 11/20 | WIRE FEE | 15.00 |
| 11/21 | Transfer from x4071 to x1322 | 1,000.00 |
| 11/21 | Transfer from x4071 to x1322 | 1,000.00 |
| 11/21 | Transfer from x4071 to x3463 | 1,782.00 |
| 11/21 | Transfer from x4071 to x1322 | 2,000.00 |
| 11/24 | Transfer from x4071 to x3463 | 4,800.00 |
| 11/24 | REZZA RANGZAR IAT PAYPAL ALL ABOUT PICKLEBALL  LLC 250.00 | 250.00 |
| 11/27 | Transfer from x4071 to x7979 | 1,550.00 |
| 11/27 | Transfer from x4071 to x1322 | 2,000.00 |
| 11/27 | Transfer from x4071 to x3463 | 4,457.22 |



Case 25-50127   Doc 68-1   Filed 05/28/26   EOD 05/28/26 13:15:25   Pg 5 of 9

```
                                     Date  11/30/23      Page    3
                                     Account Number          ████4071
                                     Enclosures                    6


FREE BUSINESS CHECKING                  10154071  (Continued)
            Withdrawals and Other Debits

11/28    Transfer from x4071 to x7979              35.00
11/28    Transfer from x4071 to x1322             450.00
11/28    WIRE FEE                                  15.00
11/29    Transfer from x4071 to x7979              10.00
11/29    Transfer from x4071 to x1322             500.00
11/29    Transfer from x4071 to x1322             800.00
11/30    Transfer from x4071 to x1322           2,147.00
11/30    Transfer from x4071 to x1322           2,400.00
11/30    Transfer from x4071 to x3463           9,900.00
11/30    WIRE FEE                                  15.00


            Daily Balance Information

11/01    22,550.25     11/10    17,980.25     11/21    20,927.61
11/02    17,400.25     11/13    18,340.25     11/24    15,877.61
11/03    16,400.25     11/14    19,505.25     11/27     7,870.39
11/06    14,840.25     11/16    14,033.93     11/28    22,865.39
11/07     4,205.25     11/17    12,033.93     11/29    21,555.39
11/08     3,260.25     11/20    26,709.61     11/30   148,382.47
```



Amount $495.00 Date 11/28/2023



Amount $1,770.00 Date 11/14/2023



Amount $95.00 Date 11/14/2023



Amount $1,045.00 Date 11/13/2023



Amount $255.00 Date 11/8/2023



Amount $7,016.00 Date 11/1/2023

```
                                        Date  12/29/23      Page    1
                                        Account Number        ████4071
                                        Enclosures                   2


        YOUR BUSINESS IGNITED LLC
        DBA ALL ABOUT PICKLEBALL
        OR PICKLEBALL ROCKS
        PO BOX 357
        BROOKVILLE IN  47012


                    ==== CHECKING ACCOUNT ====

FREE BUSINESS CHECKING                  Image Statement              2
Account Number             ████4071     Statement Dates 12/01/23 thru 12/31/23
Previous Balance         148,382.47     Days in the statement period    31
    4 Deposits/Credits    95,363.00     Average Ledger               21,980
   31 Checks/Debits      243,727.63     Average Collected            21,980
Service Charge                  .00
Interest Paid                   .00
Ending Balance               17.84
```

|                                                   | Total For This Period | Total Year-to-Date |
|---------------------------------------------------|----------------------:|-------------------:|
| NSF (Non-Sufficient Funds) Paid Item Fees         | $.00                  | $.00               |
| NSF (Non-Sufficient Funds) Return Item Fees       | $.00                  | $.00               |

```
                Deposits and Other Credits

12/05      WIRE TRANSFER FROM                    70,000.00
           S & T ENTERPRISES LLC
12/11      WIRE TRANSFER FROM                    25,000.00
           THE JAMES AND KAREN FREEMA
12/12      DDA REGULAR DEPOSIT                       338.00
12/27      DDA REGULAR DEPOSIT                        25.00


                Withdrawals and Other Debits

12/01      Transfer from x4071 to x3463             600.00
12/01      Transfer from x4071 to x3463             800.00
12/01      Transfer from x4071 to x3463             950.00
12/01      Transfer from x4071 to x1322           1,000.00
12/01      Transfer from x4071 to x1322           1,500.00
12/01      Transfer from x4071 to x7979           1,500.00
12/04      Transfer from x4071 to x1322           1,000.00
12/04      Transfer from x4071 to x3463           5,000.00
12/04      WIRE FEE                                  25.00
12/04      WIRE FEE                                  25.00
12/04      WIRE TRANSFER TO                      63,812.72
           TERESA WILSON
```

Exhibit "A-2"



FREE BUSINESS CHECKING            ████4071  (Continued)

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 12/04 | WIRE TRANSFER TO | 70,000.00 |
| | EQUITY TRUST COMPANY | |
| 12/05 | Transfer from x4071 to x1322 | 200.00 |
| 12/05 | Transfer from x4071 to x1322 | 600.00 |
| 12/05 | Transfer from x4071 to x1322 | 1,000.00 |
| 12/05 | Transfer from x4071 to x3463 | 13,300.00 |
| 12/05 | WIRE FEE | 15.00 |
| 12/06 | Transfer from x4071 to x1322 | 500.00 |
| 12/06 | WIRE TRANSFER TO | 16,750.00 |
| | STEVEN G. & BARBARA R. TAY | |
| 12/06 | WIRE FEE | 25.00 |
| 12/08 | WIRE TRANSFER TO | 3,050.00 |
| | LEONA MARINO | |
| 12/08 | WIRE FEE | 25.00 |
| 12/11 | WIRE TRANSFER TO | 56,638.91 |
| | FLORIDA ATTORNEY IOTA TRUS | |
| 12/11 | WIRE FEE | 15.00 |
| 12/11 | WIRE FEE | 25.00 |
| 12/12 | WIRE FEE | 25.00 |
| 12/12 | WIRE TRANSFER TO | 5,000.00 |
| | CHIEN TANG | |
| 12/14 | Transfer from x4071 to x1322 | 200.00 |
| 12/15 | Transfer from x4071 to x1322 | 96.00 |
| 12/26 | Transfer from x4071 to x1322 | 40.00 |
| 12/29 | Transfer from x4071 to x7979 | 10.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/01 | 142,032.47 | 12/08 | 36,704.75 | 12/15 | 42.84 |
| 12/04 | 2,169.75 | 12/11 | 5,025.84 | 12/26 | 2.84 |
| 12/05 | 57,054.75 | 12/12 | 338.84 | 12/27 | 27.84 |
| 12/06 | 39,779.75 | 12/14 | 138.84 | 12/29 | 17.84 |

Case 25-50127   Doc 68-1   Filed 05/28/26   EOD 05/28/26 13:15:25   Pg 9 of 9



**Amount $25.00 Date 12/27/2023**

**Amount $338.00 Date 12/12/2023**