**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RODNEY GRUBBS | )     CASE NO. 23-05593-JJG-7A |
| | ) |
| Debtor. | ) |
| JOANNE FRIEDMEYER, TRUSTEE, | )     Adversary Proceeding |
| | )     No. 25-50127 |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| SCOTT SIEWERT, TERESA SIEWERT | ) |
| | ) |
| Defendants. | ) |

## Affidavit of Rodney Grubbs

My name is Rodney Grubbs, and I hereby state and declare as follows:

1.  I currently reside at 1409 W Spruce Way, Apt. H, Greensburg, IN 47240.

2.  On March 23, 2019, I signed a promissory note in favor of the Debtors (hereinafter, the "Note") a true, exact and authentic copy of which is attached hereto as Exhibit "B-1". The Note is the only promissory note entered into between myself and Scott Siewert or Teresa Siewert.

3.  In exchange for the Note, Scott Siewert and Teresa Siewert (the "Defendants"), transferred $25,000.00 to an FCN Bank account ending 3463 on March 25, 2019 (the "3463 Account").

4.  The 3463 Account was an account held under the name "Rodney U Grubbs or Katherine V. Grubbs dba New Level Financial Group", which was a personal account for myself and my wife—New Level Financial Group LLC was administratively dissolved on February 5, 2018.

1

5.     According to its terms, the Note, including 12% APR interest thereon, compounding monthly, was due to be repaid to Defendants on September 23, 2020.

6.     I did not pay the Defendants the amount due under the Note when due, despite requests from Defendants to me sent in 2021, 2022 and in early 2023.

7.     On December 1, 2023, I received a demand letter from attorney Taren Delisle, sent on behalf of Defendants, for repayment of the Note and offering a compromise of $30,000.00. A true, exact and authentic copy of the Letter from Taren Delisle to me dated December 1, 2023 is attached hereto as Exhibit "B-2" (hereinafter, the "Delisle Demand").

8.     On December 11, 2023, I caused a $56,638.91 transfer (hereinafter, the "Transfer") to be made via wire transfer from an FCN Bank account ending 4071 (the "4071 Account") to the attorney trust account of Taren Delisle in repayment of the Note for the benefit of the Defendants. The Transfer was the only payment I ever made to, or for the benefit of, the Defendants.

9.     After the Transfer was made, I sent electronic correspondence to Taren Delisle stating "Full payoff confirmation. It was figured using 39 months at the penalty interest rate." A true, exact and authentic copy of this correspondence is attached hereto as Exhibit "B-3". Because I was concerned the wire would not go out on December 11th, 2023, I included an extra day of interest.

10.     I calculated the Transfer using an online compound interest calculator based on the express terms of the Note, as follows: (i) $25,000.00 principal; plus (ii) 18 months of interest on $25,000.00 principal at 12% Note rate, compounding monthly, $4,903.69; (iii) 38 months of interest on $29,903.69 principal and interest due at 20% Note default rate, which is $56,041.66, plus 19 days of daily default interest at $31.434 which is $597.25.

11. The 4071 Account was an account held in the name of "Your Business Ignited LLC dba All About Pickleball Or Pickleball Rocks".

12. The only member of "Your Business Ignited LLC" was myself.

13. The only signatories to the 4071 Account were myself and Katherine V. Grubbs.

14. I repaid debts owed by me, such as the debt reflected by the Note and similar notes that I made to similarly-situated parties to the Defendants, from whichever accounts I had access to that contained sufficient funds to make the necessary payments, regardless of the entity or individual under whose name the account was held.

15. In respect to making payments on the Note and similar notes, I made no distinction between funds held in my personal accounts or funds held in accounts of "Your Business Ignited LLC", regardless of the entity or individuals obligated on the particular note that I was paying.

16. During 2022 and 2023, I was solely responsible for making deposits to, withdrawals from, and transfers to and from, any FCN Bank accounts held in the name of "Your Business Ignited LLC", including the 4071 Account.

17. As of December 1, 2023, there was $148,382.47 in funds held in the 4071 Account.

18. These funds arose, in part, from: (i) a $140,000.00 transfer from Ethel F Sebastian paid by her in exchange for a promissory note payable by me personally; (ii) a $15,000.00 transfer from Lynn E Wagner paid by her in exchange for a promissory note payable by me personally; (iii) and $20,000 from Betsy Underhill paid by her in exchange for a promissory note payable by me personally.

19. Another $70,000.00 was transferred to the 4071 Account on December 5, 2023 from S&T Enterprises LLC, in exchange for a promissory note payable by me personally and another $25,000.00 was transferred to the 4071 Account by James and Karen Freeman on December 11, 2023 in exchange for a promissory note payable by me personally.

20. The Defendants were not, and never have been, secured creditors in respect to any of my assets, and the Defendants were not secured creditors of mine at the time the Transfer was made, nor did the Defendants receive a security interest in any property of mine as a result of the Transfer.

21. Defendants have not provided, paid, or transferred anything of monetary value to me after the $25,000.00 initially paid by Defendants in exchange for the Note on or about the date the Note was signed on March 23, 2019.

FURTHER AFFIANT SAYETH NAUGHT.

_5-28-2026_
Date:

_Rodney Grubbs_
Rodney Grubbs

4

# PERSONAL PROMISSORY NOTE

$ 25,000.00                                    Date: 3/23/2019

Eighteen (18) months after the above date, for value received, the undersigned promises to pay to the order of

**Scott Siewert and/or Teri Siewert,** located at 800 Wellington Court in St. Augustine, Florida 32086,

the principal sum of **Twenty-Five Thousand dollars and 00/100 ($25,000.00),**

plus 12% (Twelve Percent) APR interest.

NOTE: Interest will be compounded monthly throughout the term of this contract.

- Principal and interest shall be paid in one lump sum, on or before 9/23/2020

    or any date on which the lender demands repayment.

There is NO early repayment penalty.  This is a personal loan with no attached security.

LATE PENALTY:  If the total loan payment is not paid on or before the due date, interest for extra days will accrue

at 20% and will be added to the principal.

If legal action should be needed for the collection of this loan, all expenses will be paid by the borrower.

This note shall be deemed in default if full principal plus interest is not received by

close of business on September 23, 2020.

- Principal and interest is personally guaranteed by Rodney Grubbs

_Rodney Grubbs (signature)_
_____

Borrower – Rodney Grubbs: Member – All About Pickleball, LLC / DBA Pickleball Rocks

State of Indiana
County of Franklin

I, L.A. B.                                    Notary Public in and for the state of Indiana, do hereby certify that
personally appeared before me Rodney Grubbs known to be the individual described in and who freely and voluntarily
executed the within instrument for the deeds and purposes herein mentioned.
Given under my hand and official seal this ___ day of (mo ___ , (yr.) ___

LUANN BRADLEY
Notary Public
Franklin County
My Commission Expires 6-17-2021

Notary Public

Exhibit "B-1"

Mr. Grubbs,

Please find correspondence from our law firm attached to this email. A copy of this letter has also been mailed to you. We look forward to the prompt resolution of this matter.

Sincerely,

Taren Delisle, Esq.
(407)280-8753
14 East University Avenue
Suite 210
Gainesville, Florida 32601

**This electronic message (email) is from the law office of Taren Delisle, P.A. and contains information that is confidential and privileged. If you believe you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this electronic message or its contents is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone (407) 280-8753.**

*The Florida Bar Disciplinary Counsel requires all lawyers to notify all recipients of email that: (1) email communications are not a secure method of communication; (2) any email that is sent to you or by you may be copied and held by various computers it may pass through as it is transmitted from you to me and vice versa; and (3) persons not participating in our communications may intercept our communications by improperly accessing either of our computers or potentially some computer unconnected to us which the email may pass through. Please advise us if you wish for future communications to be sent in an alternative manner.*

Exhibit "B-2"

Taren Delisle, P.A.
14 East University Ave.
Suite 210
Gainesville, FL 32601

December 1, 2023

**Via USPS Mail & E-mail to:**
Rodney U. Grubbs
316 E. 11th Street
Brookville, IN 47012
(513)703-6338
Rodney@allaboutpickleball.com

**RE:    breach of contract and money owed (Siewert, Scott v. Grubbs, Rodney U.)**

Dear Mr. Grubbs,

This law firm has been retained by Scott Siewert related to a matter of breach of contract and money owed by you and All About Pickleball, LLC. You owe $25,000.00 (twenty-five thousand dollars) plus compounding interest, plus late penalty accrued at 20% interest, plus attorney's fees and costs associated with the default. You defaulted on this loan when you made no payment whatsoever on or before September 23, 2020.

As part of our investigation of this matter, we are aware that you have a number of outstanding and defaulted investment loans. Your nonpayment and nondisclosure to innocent good faith investors is of great concern and any further delay in the resolution of this matter will be disclosed and a matter of public record. As you know, your reputation in the pickleball community is of utmost importance.

In order to fully resolve this matter, Mr. Siewert is willing to accept your tender of $30,000.00 (thirty thousand dollars) payable to the Wells Fargo Florida Attorney IOTA Trust Account of Taren Delisle, P.A., account number 2174719746 and routing number for domestic wire transfers 121000248 on or before Friday, December 8, 2023 as full and final settlement of this matter. This offer to settle expires at end of business day Friday, December 8, 2023.

If payment in full is not **tendered and received on or before Friday, December 8, 2023**, Mr. Siewert will have no alternative but to avail himself of all legal remedies at law and in equity without further notice to you.

Sincerely,

Taren Delisle, Esq.

From: Rodney From Pickleball Rocks rodney@allaboutpickleball.com
Subject: Re: correspondence (Siewert, Scott)
Date: Dec 11, 2023 at 3:41:25 PM
To: Taren Lane Delisle tarenlane@aol.com
Cc: Taren Delisle tldlaw@gmail.com

Full payoff confirmation.  It was figured using 39 months at the penalty interest rate.



Exhibit "B-3"