December 15, 2023

Scott Siewert
White Springs, FL

## CLOSING STATEMENT

| | |
|---|---:|
| PAYMENT/PROCEEDS FROM RODNEY GRUBB | $56,646.18 |
| LESS ATTORNEY'S FEES | $631.18 |
| SUBTOTAL | $56,015.00 |
| | |
| LESS COSTS | |
|       wire transfer service charge | $ 15.00 |
| SUB TOTAL | $56,000.00 |

| | |
|---|---:|
| TOTAL DISBURSEMENT TO CLIENT | $56,000.00 |

APPROVED BY:

ACCEPTED BY:

_____

_____

TAREN LANE DELISLE, ESQ.

SCOTT SIEWERT