UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
Indianapolis Division  46204
46 E OHIO ST, Rm 116

IN RE:

Rodney Grubbs,   Case No. 23-05593-RLM-7

Debtor.

FILED
U.S. BANKRUPTCY COURT

MAY 01 2024

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

## NOTICE OF CHANGE OF ADDRESS

To the Court: The correct address for the following creditor is:

**Name:** PHIL PICHE
16833995

**Listed address:** 6205 EDEN DR.
AURORA, IN 47001

**Corrected address:** 10339 APPLE TREE CT.
AURORA, IN 47001
PIPELINE47041@YAHOO.COM
PHIL PICHE

Respectfully,

_____
(Signature)
Creditor

5/1/2024
Date

1

☒ ENVELOPE NOT PROVIDED
☒ COPIES NOT PROVIDED

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana
## Indianapolis Division

IN RE:                                )
                                      )
Rodney Grubbs,                        )    Case No. 23-05593-RLM-7
                                      )
            Debtor.                   )

## NOTICE OF REQUEST FOR NOTIFICATION

**To the Court:** Please add following name and address to the case notification list.

**Name:** PHIL PICHE'

**Address:** 10339 APPLE TREE CT.
AURORA, IN 47001

Respectfully,

_Phil Piche'_
(Signature)
Creditor

5/1/2024
Date

1

DiCHE
10389 APPLE TREE CT.
AURORA, IN 47001

46204-432999

United States Bankruptcy Court
46 E Ohio St. — Rm 116
Indianapolis, IN
46204

CINCINNATI OH 450
3 MAY 2024 PM 6 L