Dear Sir,                                       5-14-2024

My wife and I are creditors in the Rodney Grubbs bankruptcy case number 23-05593. These are copies of our four notes that are delinquent in this case. Would you please record them in PDF form in your system as we couldn't upload them onto your website.
Thank you,
Rudy and Bonnie Dean

FILED '24 MAY 14
BANKR SD INDAM 7:24

*Short Term Loan*

# PROMISSORY NOTE

$ 28,540.62                                                                    Date: 6/2/2023

One Hundred Eighty (180) days after the above date, for value received, the undersigned promises to pay to the order of **Rudolph Dean or Bonnie Dean**

located at  **14206 W. Mountain Laurel Trail – Surprise, Arizona 85374**

the principal sum of **Twenty-Eight Thousand Five Hundred Forty dollars and 62/100 ($28,540.62)**,

plus an annualized interest rate of Sixteen Percent (16%) APR, payable **12/2/2023.**

**NOTE: Interest will be compounded monthly throughout the term of this contract.**

Repayment shall be in one lump sum, made on or before 12/2/2023.

**There is NO early repayment penalty.  This is a personal loan with no attached security.**

In case suit or collection proceedings shall be brought for the collection of this note, the undersigned agrees to pay reasonable attorney fees and court costs for making such collection, and also agrees to waive demand, notice of non-payment, and protest.

This note shall be deemed in default if full principal plus interest is not received by close of business on December 2, 2023.

*Short Term Loan*

_____
Borrower – Rodney Grubbs

State of Indiana
County of Franklin

I, **Cathleen Hunt**, Notary Public in and for the state of **Indiana**, do hereby certify that personally appeared before me **Rodney Grubbs** known to be the individual described in and who freely and voluntarily executed the within instrument for the deeds and purposes herein mentioned.

Given under my hand and official seal this 19 day of (mo.) August, (yr.) 2023

_____
Notary Public



Cathleen Hunt
Notary Public, State of Indiana
Franklin County
Commission Number: NP0651036
My Commission Expires 12-02-2030

p.o. box 357  brookville, in  47012

Note #1

# PROMISSORY NOTE

$ 87,468.06                                                                 Date: 9/2/2023

Three Hundred (300) days after the above date, for value received, the undersigned promises to pay to

the order of **Rudolph Dean or Bonnie Dean**

located at   **14206 W. Mountain Laurel Trail – Surprise, Arizona 85374**

the principal sum of **Eighty-Seven Thousand Four Hundred Sixty-Eight dollars and 06/100 ($ 87,468.06),**

plus an annualized interest rate of Fifteen Percent (15%) APR, payable 7/2/2024.

**NOTE: Interest will be compounded monthly throughout the term of this contract.**

Repayment shall be in one lump sum, made on or before 7/2/2024.

**There is NO early repayment penalty.  This is a personal loan with no attached security.**

In case suit or collection proceedings shall be brought for the collection of this note, the undersigned agrees to pay reasonable attorney fees and court costs for making such collection, and also agrees to waive demand, notice of non-payment, and protest.

This note shall be deemed in default if full principal plus interest is not received by close of business on July 2, 2024.

Note #1

---

_____
Borrower – Rodney Grubbs: Member – All About Pickleball, LLC / DBA Pickleball Rocks

State of Indiana : County of Franklin

I, Mariah J Kunkel, Notary Public in and for the state of <u>Indiana</u>, do hereby certify that personally appeared before me <u>Rodney Grubbs</u> known to be the individual described in and who freely and voluntarily executed the within instrument for the deeds and purposes herein mentioned.
Given under my hand and official seal this 5 day of (mo.) September (yr) 2023.

Mariah J Kunkel
Notary Public, State of Indiana
Franklin County
Commission Number 0717632
My Commission Expires
December 27, 2026

Mariah J Kunkel
Notary Public

Note 2

# PROMISSORY NOTE

$ 67,802.95                                                         Date: 8/12/2023

Two Hundred Ten (210) days after the above date, for value received, the undersigned promises to pay

to the order of **Rudolph Dean or Bonnie Dean**

located at **14206 W. Mountain Laurel Trail in Surprise, Arizona 85374**

the principal sum of **Sixty-Seven Thousand Eight Hundred Two dollars and 95/100 ($67,802.95),**

plus an annualized interest rate of Fifteen Percent **(15%)** APR, payable **3/12/2024.**

**NOTE: Interest will be compounded monthly throughout the term of this contract.**

Repayment shall be in one lump sum, made on or before 3/12/2024.

**There is NO early repayment penalty.  This is a personal loan with no attached security.**

In case suit or collection proceedings shall be brought for the collection of this note, the undersigned agrees to pay reasonable attorney fees and court costs for making such collection, and also agrees to waive demand, notice of non-payment, and protest.

This note shall be deemed in default if full principal plus interest is not received by close of business on March 12, 2024.

Note #3

# PROMISSORY NOTE

$ 73,962.88                                                                                                          Date: 8/12/2023

Two Hundred Ten (210) days after the above date, for value received, the undersigned promises to pay

to the order of **Rudolph Dean or Bonnie Dean**

located at **14206 W. Mountain Laurel Trail in Surprise, Arizona 85374**

the principal sum of **Seventy-Three Thousand Nine Hundred Sixty-Two dollars and 88/100 ($73,962.88),**

plus an annualized interest rate of Fifteen Percent **(15%)** APR, payable **3/12/2024**.

**NOTE: Interest will be compounded monthly throughout the term of this contract.**

Repayment shall be in one lump sum, made on or before 3/12/2024.

**There is NO early repayment penalty.  This is a personal loan with no attached security.**

In case suit or collection proceedings shall be brought for the collection of this note, the undersigned agrees to pay reasonable attorney fees and court costs for making such collection, and also agrees to waive demand, notice of non-payment, and protest.

This note shall be deemed in default if full principal plus interest is not received by close of business on March 12, 2024.

Nob #3

_____
**Borrower – Rodney Grubbs**

**State of Indiana**
**County of Franklin**

I, Cathleen Hunt _____, Notary Public in and for the state of **Indiana**, do hereby certify that personally appeared before me **Rodney Grubbs** known to be the individual described in and who freely and voluntarily executed the within instrument for the deeds and purposes herein mentioned.

Given under my hand and official seal this 19 day of (mo.) August , (yr.) 2023.

_____
Notary Public



Cathleen Hunt
Notary Public, State of Indiana
Franklin County
Commission Number: NP0661096
My Commission Expires 12-02-2030

p.o. box 357  brookville, in  47012