SO ORDERED: May 14, 2024.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SGENERIC (rev 01/2024)

In re:

**Rodney Grubbs**,
      Debtor.

Case No. **23–05593–RLM–7A**

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE MISCELLANEOUS DOCUMENTS/INSTALLMENT PAYMENT

A Motion to Extend Time to File Objection to Notice of Abandonment of Assets was filed on May 10, 2024, by Petitioning Creditor Jennifer Butler, Petitioning Creditor Andrew Evans, Petitioning Creditor Melody Woodsum, Petitioning Creditor Eldonna Coats, Petitioning Creditor Jack Handy, Petitioning Creditor Greg Hilligoss, and Petitioning Creditor Branch Lew.

**IT IS ORDERED** that the Motion to Extend Time to File Objection to Notice of Abandonment of Assets is **GRANTED**. The deadline for filing is extended to May 28, 2024.

Attorney for the petitioning creditors must distribute this order.

###