

# CAROL J. HOLM ATTORNEY AT LAW

130 W. Second Street • Suite 1010 • Dayton, Ohio 45402 • Telephone (937) 226-1973 • Fax (937) 228-0520

MEMO to

# FACSIMILE COVER PAGE

**TO:** Rodney Grubbs      **FAX #:**

**FROM:** CAROL J. HOLM      **FAX #: (937) 228-0520**

**DATE:** 8/25/2010      **# Pages:** ___ (Including cover page)

**SUBJECT:** Rudy matter

---

Upon further reflec5ion, based upon the Land Contract although recorded, has not been fulfilled by the Rudys, this Quitclaim Deed should show that Mr. Rudy is quitclaiming to you and LLC's benefit, not Mrs. Rudys. In its present form, it cannot go thru Auditor and be filed with the Recorder's office.
You may wish to contact your attorney.

It is the intent of both parties to have no long term responsibility for this land contract.

Mea. Eudy should be consulted too; then let me know what you want her to do.

I am returning the flawed quitclaim deed to you (which I just received myself on 8/23)

---

The information contained in this facsimile message is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

CAROL J. HOLM