UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY GRUBBS ) | CASE NO. 23-05593-RLM-7 |
| ) | |
| DEBTOR. ) | |

**MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. 363(f) AND NOTICE OF OBJECTION DEADLINE**

Comes now Joanne Friedmeyer, Trustee herein, by counsel, and for her *Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Notice of Objection Deadline* (the "Motion"), pursuant 11 U.S.C. §363(f) and S.D.Ind. B-6004-3 shows the Court as follows:

1. An Involuntary Petition for Relief Under Chapter 7 of the Bankruptcy Code was filed against the Debtor, Rodney Grubbs ("Debtor") on December 17, 2023 (the "Petition Date"), which was granted on February 7, 2024 [Doc. No. 24]. The Trustee is the duly appointed and acting Trustee in this case

2. Among the assets of the Estate is Debtor's interest in the residential real estate real estate located at 207 E. Sunrise Avenue, Trotwood, OH 45426, legally described as:

> SITUATED IN THE CITY OF TROTWOOD (FORMERLY TOWNSHIP OF MADISON), COUNTY OF MONTGOMERY AND STATE OF OHIO, AND BEING ALL OF LOT NUMBERED SIX (6) AND BEING 8.71 FEET TAKEN BY PARALELL LINES OFF THE EAST SIDE OF LOT NUMBERED FIVE (5) IN HIGHLAND SUBDIVISION, AS RECORDED IN PLAT BOOK "X", PAGE 5 OF THE PLAT RECORDS OF MONTGOMERY COUNTY, OHIO

Commonly known as 207 E. Sunrise Avenue, Trotwood, OH 45426
Ohio State Tax Parcel No.: H33 00307A0006

(the "Real Estate").

3. The Trustee desires to sell the Real Estate, with respect to which Real Estate the Trustee filed her *Amended Application to Employ Real Estate Professional* [Doc. No. 47], as to real estate agent Lisa Brinnon and the real estate firm of Irongate, Inc. (collectively, "Agent"), which was granted on April 4, 2024 [Doc. No. 71] (the "Employment Order").

4. As an experienced residential real estate salesperson employed by the real, Agent is in the business of selling property similar to the Real Estate.

5. Trustee has received, via the Agent an accepted offer to purchase the Real Estate for Eighty-Three Thousand Dollars ($83,000.00) (the "Offer"), pursuant to the attached purchase agreement and addendum thereto (collectively, the "Purchase Agreement"), true, exact and authentic copies of which are attached hereto as Exhibit "A".

6. The Real Estate has been publicly listed since May 2, 2024 and the Offer is the best offer that has been received for the Real Estate.

7. Neither the proposed purchaser, Le Rental Properties LLC, nor any of its members are believed to have any relationship to the Debtor, nor to the Trustee, and there is no relationship between Le Rental Properties LLC and either the Debtor or the Trustee moving forward after consummation of the sale.

8. The Debtor has not claimed any exemption in the Real Estate.

9. According to a title search performed in respect to the Real Estate, the Real Estate is subject to a judgment in favor of Justin Masterson and Meryl Masterson (the "Mastersons") filed for record in Montgomery County, Ohio on January 5, 2024 under Case No. 2024 CJ 224187, a domestication of a judgment entered in Franklin Circuit Court, State of Indiana on November 27, 2023 in the amount of $4,969,119.88 (the "Masterson Judgment").

10. The Trustee asserts, and the Masterson's, by counsel James D. Johnson [Doc. No.

16] have agreed, that the Masterson Judgment to the extent it attaches to the Real Estate is avoidable as a post-petition transfer pursuant to 11 U.S.C.§549, and, accordingly, the Mastersons have stated, in writing by James D. Johnson to undersigned counsel dated May 3, 2024, that the Mastersons consent to the sale of the Real Estate free and clear of the Masterson Judgment.

11. Also according to a title search performed for the Real Estate, the Real Estate is subject to tax lien certificates held by Adair Asset Management LLC filed with the Montgomery County Recorder on March 27, 2024 as Instrument No. 2024-00015406, which is in the approximate amount of $3,780.05 as of the date of the anticipated closing of the Real Estate sought hereby (the "Tax Lien").

12. According to records of the Debtor, the Real Estate is currently being leased by Debtor's property manager C&S Sherman Contractors LLC to tenant Mukayuhi Floride ("Tenant") on a one-year lease ending October 31, 2024 in exchange for monthly rental payments of $1,000.00 (the "Lease").

13. The material contingencies to the proposed sale are as follows:

   i. proposed purchaser and the Trustee have agreed to share closing costs equally;

   ii. the Trustee shall be responsible for the Owner's title insurance premium

   iii. the proposed purchaser shall be responsible for lender's title insurance, title examination, and endorsements;

   iv. real estate taxes will be apportioned pro rata between the Trustee and proposed purchaser based on the closing date, which is to occur after approval of this Motion by the Bankruptcy Court;

   v. the sale is subject to approval of this Motion by the Bankruptcy Court;

   vi. the sale is subject to the Lease;

3

vii. the sale shall be free and clear of the Masterson Judgment and the Tax Lien.

14. The net proceeds of the sale of the Real Estate, after payment of: (i) the Agent's fee ($4,980.00); (ii) Adair Asset Management LLC's Tax Lien ($3,780.05), estimated delinquent and unpaid property taxes pro-rated through the closing date[1] ($2,386.68), seller's title insurance premium, title search and one-half (1/2) closing costs (approximately $1,008.34) resulting in estimated net proceeds of approximately $70,844.93 paid to the Estate for the benefit of unsecured creditors.

15. In order to liquidate the Real Estate for the benefit of the creditors, it is necessary to sell the Real Estate.

16. The sale of the Real Estate does not include personally identifiable information as defined in 11 U.S.C. §101(41A).

17. The sale of the Real Estate contemplated hereby should result in net proceeds payable to the Estate of approximately $70,844.93.

18. NOTICE IS HEREBY GIVEN that any objection to this Motion must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by pursuant to Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> United States Bankruptcy Court
> Bankruptcy Clerk
> 116 U.S. Courthouse
> 46 E. Ohio Street
> Indianapolis, IN  46204

The objecting party must ensure delivery of the objection to the party filing the motion.  **If an**

4

**objection is NOT timely filed, the requested relief may be granted.**

**WHEREFORE**, Trustee prays the Court enter an order authorizing: (i) the sale of the Real Estate to proposed purchaser Le Rental Properties LLC for the gross sum of $83,000.00; (ii) payment at the closing of the sale of the Real Estate to Adair Asset Management LLC all sums necessary to satisfy the Tax Lien on the Real Estate; (iii) payment at the closing of the sale of the Real Estate all necessary closing costs, pro rata real estate property taxes, seller's title insurance premium, as set forth more specifically above; (iv) that the sale of the Real Estate to proposed purchaser Le Rental Properties LLC be free and clear of all liens and encumbrances pursuant to 11 U.S.C. §363(f), excepting only the Lease; (v) authorizing the Trustee to execute the Purchase Agreement (including the purchase agreement and addendum no. 1 comprising said Purchase Agreement, in the form attached to this Motion), as well as to execute all other documents necessary to consummate the sale of the Real Estate as requested herein; and (vi) for all other relief deemed proper in the circumstances.

Respectfully submitted,
MULVEY LAW LLC
Attorney for Trustee

By: /s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN  46204
(317) 721-1339
joseph@mulveylawllc.com

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, a copy of the foregoing *Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Notice of Objection Deadline* was filed electronically.  Notice of this filing will be sent to the following parties through the Court's

---

[1] Assumes a closing date of June 17, 2024.

Electronic Case Filing System. Parties may access this filing through the Court's system. I further certify that on May 15, 2024, a copy of the foregoing *Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Notice of Objection Deadline* was mailed by first-class U.S. Mail, postage prepaid and properly-addressed, to the following thirty (30) largest creditors of Debtor as authorized by this Court's order Granting Motion to Limit Notice dated April 25, 2024 [Doc. No. 81], as follows:

Rodney Grubbs
316 East 11th Street
Brookville, IN 47012

Phil Piche
6205 Eden Drive
Aurora, IN 47001-9722

Justin and Maryl Masterson
14676 Geist Ridge Drive
Fishers, IN 46060

Debbie and Larry Peck
610 Ridgely Green Drive
Pineville, NC 28134-7410

Robyn Zitnick
5173 Blue Creek Road
Brookville, IN 47012-9347

Leonard Marino
15065 Franklin Road
Brookville, IN 47012-9155

Gerald and Tracy Bischoff
14148 Roberts Road
Brookville, IN 47012-8207

Amy and Zach Grubbs
1510 Shoreview Drive
Fort Wayne, IN 46819-1348

Joseph Bischoff
14065 Swift Road
Brookville, IN 47012

Mark Lamport
869 Bridgewalk Court
Ada, MI 49301-7870

Robert Zitnick
5173 Blue Creek Road
Brookville, IN 47012-9347

Billy and Yolande M. Reynolds
3579 Zoe Lane NE
Grand Rapids, MI 49525-9354

Annette and David Wilhelm
6115 English Hill Road
Cedar Grove, IN 47060

Leona Marino
15065 Franklin Road
Brookville, IN 47012-9155

Edward Knecht
812 Main Street
Brookville, IN 47012-1445

Scott Schirmer
15203 Ott Road
Laurel, IN 47024-9744

Bernadine and Virgil Kunkel
10142 James Road
Brookville, IN 47012-8533

Aaron and Shelly Lamport
2600 Orange Court SE
Grand Rapids, MI 49546-8723

6

Karen Niedenthal
8083 Whippoorwill Lane
Brookville, IN 47012-3201

Aaron David Garza Caballero
69465 Sundance Drive
Edwardsburg, IN 49112-8767

Glen Bischoff
14024 State Road 1
Brookville, IN 47012-8703

Greg and Melody Woodsum
2009 N Brighton Place
Arlington Heights, IL 60004-3319

Greg and Teresa Torbert
12 Mclane Road
Gulf Breeze, FL 32561-4164

Patricia Rathburn
9115 SE 135th Lane
Summerfield, FL 34491-7965

Gary Bischoff
14075 State Road 1
Brookville, IN 47012-8796

Nancy Lamport
6251 N. Post Oak Road
Peoria, IL 61615-2732

Norma Lamport
6251 N. Post Oak Road
Peoria, IL 61615-2732

Donna and Jeffrey Mathews
400 Pea Ridge Road
Liberty, IN 47353-9145

Jerry Fosnaugh
10701 S. Ocean Blvd
Jensen Beach, FL 34957-2632

Robert Niedenthal
501 White Oak Drive
Oxford, OH 45056-9204

Gary and Kathie Baker
1110 N. Hennes Road
Casa Grande, AZ 85122-5411

  I further certify that on May 15, 2024, a copy of the foregoing *Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Notice of Objection Deadline* was sent by U.S. Certified Mail to the following holders of the Tax Lien, the Land Contract and the Lease.

  Adair Asset Management LLC
  Attn: Highest Officer Found
  Joseph L. Beyke, Registered Agent
  8561 S. Mason-Montgomery Road, Suite 28
  Mason, OH 45040

  Mukayuhi Floride
  207 E. Sunrise Avenue
  Trotwood, OH 45426

               /s/Joseph L. Mulvey
               Joseph L. Mulvey (#30052-49)