TO: Eric R. Kleis, Clerk, United States Bankruptcy Court
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

FROM: Judith A. Mahuron, Creditor

IN RE: Case No. 23-05593-RLM-7A
Rodney Grubbs, Debtor

FILED '24 MAY 16
BANKR SD IND AM 7:41

## OBJECTION TO PROPOSED ABANDONMENT OF PROPERTY

NOTICE IS GIVEN that the undersigned creditor objects to the proposed abandonment of property filed April 29, 2024, by Trustee Joanne B. Friedmeyer in the aforementioned case.

While I appreciate these assets may be considered worthless, cost prohibitive in attempts to liquidate, or difficult to assess in value and recover, I and hundreds of other creditors now hold "assets" in the form of Promissory Notes also deemed worthless or valued at only pennies on the dollar. Nevertheless, great measures are underway to seek justice for creditors because the law and justice have value beyond dollars and cents.

The Court knows Mr. Grubbs has circumvented the law for years and, despite hollow declarations under oath of intent to "repay every penny" to creditors, is now employing strategies to avoid justice by hindering full disclosure and seeking exemption/abandonment of as much property as possible.

I respectfully urge the Court, and any other authority with the power to do so, to send Mr. Grubbs and other bad players as strong a message as possible. I respectfully urge the honorable trustee to reconsider any proposed exemption or abandonment in favor of seizure or forfeiture, justly disallowing Mr. Grubbs to retain property he claims is his despite undisputed debt in the millions.

Thank you for your consideration and wise judgment in the disposition of this case.

Dated: May 11, 2024

*Judith A. Mahuron*

Judith A. Mahuron
Creditor