UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

46 E Ohio St Rm 116

Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Rodney Grubbs**,
        Debtor.

Case No. **23–05593–RLM–7A**

## NOTICE OF HEARING

An Objection to Notice of Possible Assets was filed on May 16, 2024, by Creditor Judith Mahuron. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

    Date:  May 29, 2024
    Time:  11:00 AM Eastern
    Place: US Courthouse
          46 E Ohio St Rm 310
          Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  May 17, 2024
                              Eric R. Kleis
                              Clerk, U.S. Bankruptcy Court