United States Bankruptcy Court

Southern District of Indiana

| | |
|---|---|
| In re: | Case No. 23-05593-RLM |
| Rodney Grubbs | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0756-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 17, 2024 | Form ID: SF00200 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney Grubbs, 316 East 11th Street, Brookville, IN 47012-1012 |
| cr | + | Betsy Underhill, 52 Riversville Rd, Greenwich, CT 06831-3661 |
| cr | + | Carol Capion, 2563 Brassica Dr., North Port, FL 34289-3110 |
| cr | + | Connie Coene, 3217 - 9th St, Moline, IL 61265-7111 |
| cr | | David Coene, 3217 - 9th St, Moline, IL 61265-7111 |
| cr | + | Douglas Jameson, 15 Pinewood Loop, Monument, CO 80132-8889 |
| cr | + | Douglas Smook, 5305 W. Sourwood Pl, Sioux Falls, SD 57107-0318 |
| cr | + | Elison Mcallaster, 3 Mainsail Crossing, Savannah, GA 31411-2723 |
| cr | + | Ella K Gallagher, 1708 Johns Road, Middletown, OH 45044-6729 |
| cr | ++ | JOSEPH BISCHOFF, 14065 SWIFT RD, BROOKVILLE IN 47012-9749 address filed with court:, Joseph Bischoff, 14065 Swift Rd, Brookville, IN 47012 |
| cr | | Judith Mahuron, 714 Idllewood Drive, Connersville, IN 47331-3281 |
| cr | + | Marjorie J. Scheiwe, 15 Pinewood Loop, Monument, CO 80132-8889 |
| cr | + | Paul Richards, 3110 Reeds lake Blvd SE, Grand Rapids, MI 49506-2445 |
| cr | + | Phil Piche, 10339 Apple Tree Ct., Aurora, IN 47001-9611 |
| cr | + | Richard Mcallaster, 3 Mainsail Crossing, Savannah, GA 31411-2723 |
| cr | + | Robert Ruetz, 1 Beechmont Pl, Harrison, OH 45030-2812 |
| cr | + | Teri Schnarr, 133 Lafayette Pt, Apt 11, Crossville, TN 38558-7572 |
| cr | + | Thomas E Gallagher, 1708 Johns Road, Middletown, OH 45044-6729 |
| 16915521 | + | Alex/Amy Potapoff, 15703 west Amelia Drive, Goodyear, AZ 85395-8763 |
| 16908048 | + | Blaine Ruhbusch & Roberta Ernest, 5753 Hwy 85N Lot 5805, Crestview, FL 32536-9365 |
| 16833811 | | Bryan Enterline, 3580 N. Bay Road, Angola, IN 46703 |
| 16912555 | + | Carolyn R Bagley, 7750 E Broadway Rd Lot 73, Mesa, AZ 85208-1333 |
| 16904886 | | Chris Cooke and/or James Cooke, 2351 N. Williamson Blvd., Apt - 9102, Daytona Beach, FL 32117-5903 |
| 16833738 | + | Craig Black, 3352 Drysdale Court, Edwardsville, IL 62025-3217 |
| 16912031 | + | Doug Jameson, 15 Pinewood Loop, Monument, CO 80132-8889 |
| 16834625 | + | Elaine L Brogden, 126 Mountain Creek Pass, Georgetown, TX 78633-5399 |
| 16833835 | + | George Gross, 29 Persimmon, Boerne, TX 78006-6153 |
| 16841954 | + | Gerald Bischoff and Tracy Lynn Bischoff, c/o Steven C. Coffaro, 1 East 4th Street, Suite 1400, Cincinnati, OH 45202-3708 |
| 16834099 | + | Howard Weisbart, 3731 Provenance, Northbrook, IL 60062-5070 |
| 16833890 | + | Jacqueline Kitzinger, 4917 Deer Ridge Drive S., Carmel, IN 46033-8913 |
| 16867939 | + | Justin and Meryl Masterson, 14676 Geist Ridge Dr., Fishers, IN 46040-9022 |
| 16833891 | + | Kirk Kitzinger, 4917 Deer Ridge Drive S., Carmel, IN 46033-8913 |
| 16834048 | + | Leslie D. Self, 300 Worthington Drive, Trussville, AL 35173-1053 |
| 16912115 | + | Marge Scheiwe, 15 Pinewood Loop, Monument, CA 80132-8889 |
| 16867940 | + | Matthew J. Rumpsa, 2686 Navy Hill Circle, The Villages, FL 32163-3069 |
| 16916064 | + | Rick Witsken, 10655 E 200 S, Zionsville, IN 46077-8852 |
| 16833996 | + | The Ronald Ponder Living Trust, Ronald Clint Ponder Jr Trustee, 11395 E. State Highway 9, Norman, OK 73026-8222 |
| 16908127 | + | Thomas & Ella K. Gallagher, 1708 Johns Road, Middletown, OH 45044-6729 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: dschnarr82@gmail.com | | |
| | | May 17 2024 21:02:00 | Dale F Schnarr, 133 Lafayette Pt, Apt 11, |

**Case 23-05593-JJG-7A Doc 106 Filed 05/19/24 EOD 05/20/24 00:13:43 Pg 2 of 4**

| District/off: 0756-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: SF00200 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | Crossville, TN 38558 |
| cr | | Email/Text: bischoff4jt@frontier.com | May 17 2024 21:02:00 | Joseph Bischoff, 14065 Swift Rd, Brookville, IN 47012 |
| cr | + | Email/Text: ohare.randy@gmail.com | May 17 2024 21:02:00 | Randall OHare, 3605 Dartmouth Ave, Dallas, TX 75205-3238 |
| 16907366 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 21:08:56 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16831024 | + | Email/Text: jorleidy@bittyadvance.com | May 17 2024 21:02:00 | Bitty Advance 2, LLC, 1855 Griffin Road Suite A-474, Dania Beach, FL 33004-2241 |
| 16908254 | | Email/Text: mrdiscen@discover.com | May 17 2024 21:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16834077 | | Email/Text: fredt@alddfw.com | May 17 2024 21:02:00 | Fred Thompson, 12121 Glenbrook Street, Denton, TX 76207 |
| 16834066 | + | Email/Text: gsundrup@gmail.com | May 17 2024 21:02:00 | George J. Sundrup, 9840 Kittywood Drive, Cincinnati, OH 45252-2100 |
| 16833924 | | Email/Text: laymonwalden@gmail.com | May 17 2024 21:02:00 | Lynn Laymon, 17200 West Bell Road - #1334, Surprise, AZ 85374 |
| 16913038 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 21:08:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16912176 | | Email/Text: bkyelectnotices@trelliscompany.org | May 17 2024 21:02:00 | TGSLC DBA TRELLIS COMPANY, PO BOX 83100, ROUND ROCK, TX 78683-3100 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Damaris D Rosich-Schwartz | on behalf of U.S. Trustee U.S. Trustee damaris.d.rosich-schwartz@usdoj.gov |
| James O'Connor | on behalf of Creditor Zack Grubbs jjo@barrettlaw.com |
| James O'Connor | on behalf of Creditor Abby Grubbs jjo@barrettlaw.com |

District/off: 0756-1 | User: admin | Page 3 of 3
Date Rcvd: May 17, 2024 | Form ID: SF00200 | Total Noticed: 48

| | |
|---|---|
| James O'Connor | on behalf of Creditor Amy Grubbs jjo@barrettlaw.com |
| James O'Connor | on behalf of Creditor Josh Grubbs jjo@barrettlaw.com |
| James D. Johnson | on behalf of Creditor Justin Masterson jdjohnson@jacksonkelly.com abigail.luckett@jacksonkelly.com |
| James D. Johnson | on behalf of Creditor Meryl Masterson jdjohnson@jacksonkelly.com abigail.luckett@jacksonkelly.com |
| Joanne B. Friedmeyer | trustee@friedmeyerlaw.com jbf@trustesolutions.net |
| Joseph L. Mulvey | on behalf of Trustee Joanne B. Friedmeyer joseph@mulveylawllc.com linda@mulveylawllc.com |
| Matthew W. Foster | on behalf of Petitioning Creditor Jack Handy efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Melody Woodsum efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Greg Hilligoss efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Eldonna Coats efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Branch Lew efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Jennifer Butler efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Matthew W. Foster | on behalf of Petitioning Creditor Andrew Evans efiling@fosterlaw.llc mfoster@isdh.in.gov |
| Richard Wayne Greeson | on behalf of Creditor Richard Wayne Greeson wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Sharon Bryant wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Terry Bryant wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Robert William Zitnick wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Chris Ann Greeson wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Richard Wayne Greeson | on behalf of Creditor Robyn Zitnick wgreeson@greesonlaw.com courtdocs@greesonlaw.com;r54890@notify.bestcase.com |
| Steven Charles Coffaro | on behalf of Creditor Gerald Bischoff steve.coffaro@kmklaw.com |
| Steven Charles Coffaro | on behalf of Creditor Tracy Lynn Bischoff steve.coffaro@kmklaw.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 25

UNITED STATES BANKRUPTCY COURT  SF00200 (rev 11/2020)
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

In re:

**Rodney Grubbs**,   Case No. **23–05593–RLM–7A**
　　　Debtor.

# NOTICE OF HEARING

An Objection to Notice of Possible Assets was filed on May 16, 2024, by Creditor Judith Mahuron. The Court, after reviewing this document, determines that a hearing is required.

**NOTICE IS GIVEN** that a hearing will be held as follows:

　　Date:　May 29, 2024
　　Time:　11:00 AM Eastern
　　Place:　US Courthouse
　　　　　　46 E Ohio St Rm 310
　　　　　　Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  May 17, 2024　　　　　　　　　　Eric R. Kleis
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court