SO ORDERED: May 21, 2024.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RODNEY GRUBBS | )  CASE NO. 23-05593-RLM-7 |
| | ) |
| DEBTOR. | ) |

**ORDER GRANTING MOTION FOR SALE BY AUCTION,
FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C.§363(f)**

Joanne Friedmeyer, Trustee herein, having filed her *Motion for Sale by Auction Pursuant to 11 U.S.C.§363(f) and Notice of Objection Deadline* [Doc. No. 76] (the "Motion") seeking authority to sell the Assets[1], as described in the Motion, and the Court, having considered said Motion, and it appearing therefrom that auction sale of the Assets is in the best interests of the Bankruptcy Estate, that the Motion has been served on all parties in interest, and no objections having been filed to the Motion, now finds that said Motion should be GRANTED. Accordingly, it is

ORDERED that the Assets described in the Motion are property of the Estate.

It is further ORDERED that the Motion of the Trustee be, and hereby is, GRANTED and that the Trustee is authorized to sell the Assets via auction, as set forth in the Motion;

It is further ORDERED that the sale of the Assets sought to be sold via the Motion shall be free and clear of all liens, pursuant to 11 U.S.C. §363(f).

### 

---

[1] All capitalized terms used herein, not defined herein, shall have the meaning ascribed to them in the Motion.