WED-22107 0756-1 SF07043 23-05593
Rodney Grubbs
316 East 11th Street
Brookville, IN 47012

**FILED**
U.S. BANKRUPTCY COURT

MAY 23 2024

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

023422 23422 1 MB 0.568 29909 8 0 10135-1-23737

Jeff Conradi
191 Mystic Point Drive
Bluffton, SC 29909-2071

*[handwritten:]* JEFF CONRADI  Deb Waldin
78 ANDOVER Place
Bluffton SC 29909

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

023422    22107023445019



UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Rodney Grubbs,**
      Debtor.

Case No. 23-05593-RLM-7A

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on April 29, 2024, by Trustee Joanne B. Friedmeyer.

**NOTICE IS GIVEN** that all scheduled assets will be abandoned from the estate **except** 130 Lorenze Ave, Dayton Ohio; 133 Colgate Ave., Dayton, Ohio; 712 Randolph St., Dayton, Ohio; 210 N 7th St., Richmond, Indiana; 308 Collier Dr, Sevierville, Kentucky (Tennessee); and 2005 Ford Freestyle. Any objection to the proposed abandonment of property must be filed with the Court by May 13, 2024. Objections should comply with S.D.Ind. B-9013-1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after May 13, 2024.

**NOTICE IS FURTHER GIVEN** that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by July 29, 2024 in order to share in any distribution from the estate.** Instructions for filing a proof a claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated: April 29, 2024

Eric R. Kleis
Clerk, U.S. Bankruptcy Court





COLUMBIA SC 290
20 MAY 2024 PM 2 L

US Bankruptcy Court
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis IN 46204

J Conrad
90 Andover Place
Bluffton SC 29909