**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY GRUBBS ) | CASE NO. 23-05593-RLM-7 |
| ) | |
| DEBTOR. ) | |

**TRUSTEE'S WITHDRAWAL OF MOTION TO SELL REAL ESTATE [DOC. NO. 102]**

Comes now Joanne Friedmeyer ("Trustee") trustee for the bankruptcy estate (the "Estate") of Rodney Grubbs ("Debtor"), by counsel, Joseph L Mulvey, and files her *Withdrawal* (the "Withdrawal") of her *Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Notice of Objection Deadline* [Doc. No. 102], filed on May 15, 2024 (the "Motion") because the Buyer, as defined in the Motion, that previously submitted an offer and purchase agreement for the real estate located at 426 Fountain Ave, Dayton, OH 45405 (the "Real Estate") has withdrawn said purchase agreement pursuant to said purchase agreement's opportunity to inspect the Real Estate.

WHEREFORE, the Trustee hereby withdraws her *Motion to Sell Real Estate Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and Notice of Objection Deadline* [Doc. No. 102], filed on May 15, 2024.

Respectfully submitted this 30th day of May, 2024.

MULVEY LAW LLC
Counsel for Trustee

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was served via the Court's ECF electronic filing system on this 30th day of May, 2024.

                                             /s/ Joseph L. Mulvey
                                             Joseph L. Mulvey