UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY GRUBBS, ) | Case No. 23-05593-RLM-7 |
| ) | |
| Debtor. ) | |

**NOTICE OF JOINDER UNDER S.D. IND. L.R. B-9013-1(e) IN MOTION TO EXTEND DEADLINE FOR COMPLAINT TO DETERMINE NON-DISCHARGEABILITY**

Petitioning Creditors ("Petitioners"), by counsel, submit this notice of joinder under S.D. Ind. L.R. B-9013-1(e) in the Trustee's June 18, 2024 "Motion to Extend Time to File Complaint Objecting to Discharge" pursuant to 11 U.S.C. § 523 ("Motion") [Doc. No. 156].

For the reasons stated therein, and because they need the time requested as well, Petitioners join the Motion, and they ask that the deadline for any claimant to file a complaint seeking to determine non-dischargeability under 11 U.S.C. § 523 be extended by sixty days to August 23, 2024.

Respectfully submitted,

/s/ Matthew Foster
Matthew Foster (Indiana No. 16400-49)

Foster Law LLC
9511 Angola Court, Suite 310
Indianapolis IN 46268
Telephone (317) 399-4686
Email matt@fosterlaw.llc (fax n/a)

Attorney for Petitioning Creditors

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2024, a true copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System and it may be accessed through such system.

/s/ Matthew Foster
Attorney for Petitioning Creditors