**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 23-05593 | |
| **Case Name:** | GRUBBS, RODNEY | |
| **For the Period Ending:** | 06/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Joanne B. Friedmeyer |
| **Date Filed (f) or Converted (c):** | 12/17/2023 (f) |
| **§341(a) Meeting Date:** | 04/23/2024 |
| **Claims Bar Date:** | 07/31/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   1549 Bermuda Place, Cincinnati, Ohio | $120,000.00 | $120,000.00 | | $0.00 | $120,000.00 |
| **Asset Notes:**   Rental property.  Should not be considered part of IRA<br>Offer pending | | | | | |
| 2   316 E 11th Street, Brookville, IN-joint owner | $195,000.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**   Tenants by entireties | | | | | |
| 3   13 E 31st Street, Covington, KY | $135,000.00 | $110,080.13 | | $0.00 | $145,000.00 |
| **Asset Notes:**   States Tenants by Entirety, however, shows single ownership by Debtor<br>Currently listed for $145,000. | | | | | |
| 4   308 Collier Dr, Sevierville KY | $1,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**   Claimed as tenants by entirety.  Believe to be in Tennessee.  Time share interest | | | | | |
| 5   130 Lorenze Ave, Dayton OH | $10,000.00 | $10,000.00 | OA | $0.00 | FA |
| **Asset Notes:**   Insufficient equity for meaningful liquidateion utilizing realtor information | | | | | |
| 6   133 Colgate Ave, Dayton, OH--Vacant Lot | $1,170.00 | $1,170.00 | OA | $0.00 | FA |
| 7   Colgate Ave, Dayton OH Vacant Lot | $1,170.00 | $1,170.00 | OA | $0.00 | FA |
| **Asset Notes:**   Insufficient equity for meaningful liquidateion utilizing realtor information | | | | | |
| 8   207 E Sunrise, Dayton, OH | $98,000.00 | $0.00 | | $0.00 | $83,000.00 |
| **Asset Notes:**   Sale set to close 6/28/24<br>Alleged $92,176.24 Quitclaim to Edward Karsten Jr as security--never recorded.<br>Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts it is not an enforceable lien against the real estate | | | | | |
| 9   210 N 7th St, Richmond, IN | $50,000.00 | $50,000.00 | OA | $0.00 | FA |
| **Asset Notes:**   Deed reflects ownership by Equity Trust IRA | | | | | |
| 10   319 Hudson Ave W, Dayton, OH | $80,000.00 | $0.00 | | $0.00 | $62,500.00 |
| **Asset Notes:**   Sale pending<br>Alleged $101,740.67 Quitclaim to Edward Karsten Jr as security, not recorded or perfected<br>Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts it is not an enforceable lien against the real estate | | | | | |
| 11   423 Fountain Ave, Dayton, OH | $75,000.00 | $62,500.00 | | $0.00 | $62,500.00 |
| **Asset Notes:**   Sale pending | | | | | |
| 12   426 Fountain Ave, Dayton, OH | $71,000.00 | $62,500.00 | | $0.00 | $62,500.00 |
| **Asset Notes:**   Sale pending<br>Alleged $80,000 to Chien Tang-quitclaim to secure note-not perfected/recorded<br>Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts it is not an enforceable lien against the real estate | | | | | |
| 13   426 Fountain Ave, Dayton, OH Vacant Lot | $1,200.00 | $1,200.00 | | $0.00 | $1,200.00 |
| 14   712 Randolph St, Dayton, OH | $11,000.00 | $11,000.00 | OA | $0.00 | FA |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:   2

| | | |
|---|---|---|
| **Case No.:** | 23-05593 | |
| **Case Name:** | GRUBBS, RODNEY | |
| **For the Period Ending:** | 06/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Joanne B. Friedmeyer |
| **Date Filed (f) or Converted (c):** | 12/17/2023 (f) |
| **§341(a) Meeting Date:** | 04/23/2024 |
| **Claims Bar Date:** | 07/31/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:**  Insufficient equity for meaningful liquidateion utilizing realtor information | | | | | |
| 15  3738 Wilmore St, Dayton, OH | $80,000.00 | $62,500.00 | | $0.00 | $62,500.00 |
| **Asset Notes:**  Offer pending | | | | | |
| 16  7032 Marsh Creek Dr, Dayton, OH | $68,000.00 | $9,900.00 | | $0.00 | $89,900.00 |
| **Asset Notes:**  Alleged $80,000 to Chien Tang-quitclaim to secure note--not perfected/recorded<br>Alleged $101,740.67 Quitclaim to Edward Karsten Jr as security-not perfected/recorded<br>Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts  they are not enforceable liens against the real estate | | | | | |
| 17  2005 Ford Freestyle | $3,113.00 | $0.00 | OA | $0.00 | FA |
| 18  Stove, Refrigerator, Washer, Dryer, Furniture, Window Air Conditioners | $3,000.00 | $0.00 | | $0.00 | $3,000.00 |
| 19  3 older small flat screen TVs.  One smart flat screen TV. One Windows 10 desktop computer. One 2017 Macbook. One IPhone 15 | $1,500.00 | $0.00 | | $0.00 | $1,500.00 |
| 20  8 Limited Edition prints by artist John Ruthven and Charles Frace | $1,200.00 | $1,200.00 | | $0.00 | $1,200.00 |
| 21  25 Used Pickleball Paddles, Assorted Power Tools | $500.00 | $500.00 | | $0.00 | $500.00 |
| 22  Taurus PT-ww LR Pistol with Portable Gunsafe ($300), Winchester 22 Riggle Model 190 ($165) | $465.00 | $465.00 | | $0.00 | $465.00 |
| 23  Everyday clothing | $500.00 | $0.00 | | $0.00 | $500.00 |
| 24  47 year old gold wedding band | $200.00 | $200.00 | | $0.00 | $200.00 |
| 25  5 year olad shi tsu | Unknown | $0.00 | | $0.00 | $0.00 |
| 26  2 sets of blood flow restriction bands | $500.00 | $500.00 | | $0.00 | $500.00 |
| 27  FCN Bank Acct #1322 checking | $1.81 | $0.00 | | $0.00 | $1.81 |
| 28  FCN Bank Acct # 3463 Checking | $6.32 | $6.32 | | $0.00 | $6.32 |
| 29  FCN Bank Acct # 4071 checking | $197.22 | $0.00 | | $0.00 | $197.22 |
| 30  FCN Bank Acct # 7979 savings | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**  Negative balance of $329.03 | | | | | |
| 31  US Bank Checking Acct #0133 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**  Negative balance of $149.77 | | | | | |
| 32  US Bank Checking Acct #0158 | $154.12 | $154.12 | | $0.00 | $154.12 |
| 33  US Bank Checking Acct #0232 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:**  Negative balance of $222.35 | | | | | |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | | Date Filed (f) or Converted (c): | 12/17/2023 (f) |
| For the Period Ending: | 06/30/2024 | | §341(a) Meeting Date: | 04/23/2024 |
| | | | Claims Bar Date: | 07/31/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | All About Pickleball, LLC, DBA Pickleball Rocks | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | 100% ownership | | | | | |
| 35 | IRA-Equity Trust Company Acct #2569 | $50,000.00 | $50,000.00 | | $0.00 | $50,000.00 |
| 36 | Websites:  PickleballShopping.com, AllAboutPickleball.com, UnstoppablePickleball.com, PickleballRules.com, plus Pickleball Rocks related business domain names | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 37 | Dingman Mortgage:  Columbiana Courty Ohio | $260,000.00 | $221,153.98 | | $6,426.06 | $214,727.92 |
| **Asset Notes:** | Book 1758, Page 815, File #2010-00010444  Compute balance at $212,575.90 after July payment | | | | | |
| 38 | Prudential Term Life L9148462 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Beneficiary--Katherine Grubbs | | | | | |
| 39 | Prendeial Term Life L9340140 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Beneficiary Robert Ruetz | | | | | |
| 40 | Prudential Term LIfe L9956060 | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Beneficiary Robert Ruetz | | | | | |
| 41 | HP9010 Printer, Display Tables, Office Chair, Storage Chests, Display Racks | $1,960.00 | Unknown | | $0.00 | Unknown |
| 42 | Pickleball apparel and paddles | $220,304.60 | Unknown | | $0.00 | Unknown |
| 43 | Intellectual Property (IP) specific to the sport of picleball (includes domain names and mulitple social mdia pages) | $50,000.00 | Unknown | | $0.00 | Unknown |
| 44 | American Family Insurance Term policy on spouse | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | #1695439-1  Beneficiary:  Rodney Grubbs | | | | | |
| 45 | Cash | $50.00 | $0.00 | | $0.00 | $50.00 |
| 46 | 7000 e-mail pickleball subscribers (Aweber.com) | Unknown | Unknown | | $0.00 | Unknown |
| 47 | Rent Receipts | $0.00 | Unknown | | $8,471.27 | Unknown |
| **Asset Notes:** | Although rents are not scheduled, they are derived from scheduled real estate | | | | | |
| 48 | Your Business Ignited LLC    (u) | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Amended Doc 85 to include 100% interest | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
| Case Name: | GRUBBS, RODNEY | | Date Filed (f) or Converted (c): | 12/17/2023 (f) |
| For the Period Ending: | 06/30/2024 | | §341(a) Meeting Date: | 04/23/2024 |
| | | | Claims Bar Date: | 07/31/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 49 | Trademark for the Pickleball Rocks brand, includes registered trademarks for the United States, Japan and European Union **(u)** | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Amended Doc 85 | | | | | |
| 50 | Trademark for Your Business Ignited LLC-Logo only **(u)** | $0.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** | Amended Doc 85 | | | | | |

| | | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $1,596,192.07 | $781,199.55 | | $14,897.33 | $967,102.39 |

**Major Activities affecting case closing:**

Order entered on selling domain name.

Reviewed draft of sale motion.

Offers pending on all real estate except Covington.

Review of Dingman mortgage and note issues.

Reviewed counsel update on issues.

Order approving accountant entered

Filed for enlargement to object to discharge

Motion to Sell 426 Fountain, 423 Fountain, 319 Hudson, 3738 Wilmore--package sale

Order to sell Sunrise entered.  Creditor asserting unrecorded quitclaim deed.

Replacement check for NSF check received.

Motion to sell 1549 Bermuda filed.

Debtor is sending replacement funds for NSF check.

Motion to sell by auction to include intangible assets filed and motion to sell one website domain filed

Inventory picked up in Fort Wayne and Brookville.

Filed application to employ accountant

Application to employ accountant filed

Sent initial paperwork to accountant to facilitate employment.

Buyer cancelled due to condition on 426 Fountain

NSF check replaced by tenant

Applications to sell 426 Fountain and 207 Sunrise filed

Application to employ realtor for Kentucky/Covington real estate

Application for auction sale free and clear filed.

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** 23-05593 | **Trustee Name:** Joanne B. Friedmeyer |
| **Case Name:** GRUBBS, RODNEY | **Date Filed (f) or Converted (c):** 12/17/2023 (f) |
| **For the Period Ending:** 06/30/2024 | **§341(a) Meeting Date:** 04/23/2024 |
| | **Claims Bar Date:** 07/31/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Application to employ Christy's as auctioneer

Arrangements made to insure all real estate being administered by estate.

Application to employ realtor filed--Dayton properties

Lis Pendens for Cincinnati property executed.

Possible retention of LIsa Brinnon as a realtor in the Dayton area.  Preliminary to determining if there is any equity in the real estate.

Application to employ Mulvey Law filed.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/30/2025 | **Current Projected Date Of Final Report (TFR):** | /s/ JOANNE B. FRIEDMEYER |
| | | JOANNE B. FRIEDMEYER |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0421 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2023 | | Blanket bond (per case limit): | $18,561,764.00 |
| For Period Ending: | 06/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2024 | (47) | Richard P Sanders, Sr. | Rent payment--1549 Bermuda Place | 1122-000 | $850.00 | | $850.00 |
| 04/10/2024 | (37) | Rodney or Kathrine Grubbs | March note/mortgage payment for Columbiana Ohio real estate | 1121-000 | $2,142.02 | | $2,992.02 |
| 04/20/2024 | (47) | C&S Contractors LLC | April Rents--Dayton properties | 1222-000 | $2,893.00 | | $5,885.02 |
| 04/29/2024 | (47) | Rodney U Grubbs | Rent for 13 E 31st Street | 1222-000 | $16.02 | | $5,901.04 |
| 05/02/2024 | (47) | Richard F Sanders | April Rent for Bermuda Place Check returned NSF | 1222-000 | $850.00 | | $6,751.04 |
| 05/07/2024 | (47) | DEP REVERSE: Richard F Sanders | April Rent for Bermuda Place Check returned NSF | 1222-000 | ($850.00) | | $5,901.04 |
| 05/15/2024 | (47) | Richard P Sanders Sr | April Rent for Bermuda Place Replaces NSF check | 1222-000 | $850.00 | | $6,751.04 |
| 05/23/2024 | (47) | Richard P Sanders Sr | Rent-Bermuda Place | 1222-000 | $850.00 | | $7,601.04 |
| 05/25/2024 | (47) | C&S Contractors LLC | Rent--Dayton properties | 1222-000 | $2,345.91 | | $9,946.95 |
| 05/29/2024 | (47) | Rodney or Katherine Grubbs | Balance of May rent money Check returned NSF | 1222-000 | $666.34 | | $10,613.29 |
| 06/04/2024 | (47) | DEP REVERSE: Rodney or Katherine Grubbs | Balance of May rent money Check returned NSF | 1222-000 | ($666.34) | | $9,946.95 |
| 06/04/2024 | (37) | Dingman Family Trust | Payment on mortgage | 1121-000 | $2,142.02 | | $12,088.97 |
| 06/11/2024 | (47) | Rodney U Grubbs | Replacement check for nsf check | 1222-000 | $666.34 | | $12,755.31 |
| 06/22/2024 | (37) | Susan & Patrick Dingman | Mortgage payment--Check not properly scanned so reversed deposit to resubmit | 1121-000 | $2,142.02 | | $14,897.33 |
| 06/22/2024 | (37) | DEP REVERSE: Susan & Patrick Dingman | Mortgage payment--Check not properly scanned so reversed deposit to resubmit | 1121-000 | ($2,142.02) | | $12,755.31 |
| 06/22/2024 | (37) | Patrick Dingman | Mortgage Payment | 1121-000 | $2,142.02 | | $14,897.33 |

| | | | SUBTOTALS | | $14,897.33 | $0.00 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 23-05593 | |
| **Case Name:** | GRUBBS, RODNEY | |
| **Primary Taxpayer ID #:** | **-***0421 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2023 | |
| **For Period Ending:** | 06/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Joanne B. Friedmeyer |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $18,561,764.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $14,897.33 | $0.00 | $14,897.33 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $14,897.33 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $14,897.33 | $0.00 | |

**For the period of 07/01/2023 to 06/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $14,897.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,897.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/04/2024 to 6/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $14,897.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,897.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | | |
|---|---|---|
| **Case No.** | 23-05593 | |
| **Case Name:** | GRUBBS, RODNEY | |
| **Primary Taxpayer ID #:** | **-***0421 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2023 | |
| **For Period Ending:** | 06/30/2024 | |

| | |
|---|---|
| **Trustee Name:** | Joanne B. Friedmeyer |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $18,561,764.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $14,897.33 | $0.00 | $14,897.33 |

**For the period of  07/01/2023 to 06/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $14,897.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,897.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/04/2024  to 6/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $14,897.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,897.33 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ JOANNE B. FRIEDMEYER

JOANNE B. FRIEDMEYER