UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          )
                                                )
RODNEY GRUBBS,                                  )          Case No. 23-05593-RLM-7
                                                )
         Debtor.                                )

PETITIONING CREDITORS' MOTION FOR AUTHORITY TO
ATTEND FED. R. BANKR. P. 2004 EXAMINATION OF DEBTOR
CONDUCTED BY THE OFFICE OF THE U.S. TRUSTEE

Petitioning creditors Jennifer Butler, Andrew Evans, Melody Woodsum, Eldonna Coates, Jack Handy, Greg Hilligos, and Branch Lew ("Petitioners"), by counsel, respectfully request that this Court enter an order permitting Petitioners, by counsel, to attend and participate in a Fed. R. Bankr. P. 2004 Examination of the Debtor, and in support hereof state as follows:

Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(E) and 1334 and the General Orders of the United States District Court for the Southern District of Indiana referring all cases and proceedings arising under or related to Title 11 to the United States Bankruptcy Court.

Background

2. Petitioners filed an Involuntary Petition for Relief Under Chapter 7 of the Bankruptcy Code (the "Petition") [Doc. No. 1] against the Debtor, Rodney Grubbs ("Debtor") on December 17, 2023. The Petition was granted and relief ordered on February 7, 2024 [Doc. No. 24].

3. On November 20, 2024, the United States Trustee (the "UST"), by counsel, filed a "Motion for Order Directing Debtor to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004

and to Produce Documents" [Doc. No. 301], seeking an order compelling the Debtor to, *inter alia*, appear for an examination pursuant to Fed. R. Bankr. P. 2004 to occur via remotely via video conference on December 30, 2024 at 10:00 a.m. (the "Examination"), which was granted on November 26, 2024 [Doc. No. 302].

4.      Petitioners request authority to attend the Examination by their undersigned counsel, Matthew Foster, in order to hear Debtor's testimony in respect to assets that may have been hidden or improperly transferred, or that may be otherwise recoverable for the benefit of the Estate and ultimately Petitioners and other creditors.

## Relief Requested

**WHEREFORE**, Petitioners respectfully request that this Court issue an Order permitting them, by counsel Matthew Foster, to attend and participate in the Examination.

Respectfully submitted,

/s/ **Matthew Foster**
Matthew Foster (IN No. 16400-49)

Foster Law LLC
9511 Angola Court, Suite 310
Indianapolis IN 46268
Telephone (317) 399-4686
Email efiling@fosterlaw.llc (fax n/a)

Attorney for Petitioners

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12, 2024, a true copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System and it may be accessed through such system.

/s/ Matthew Foster
Attorney for Petitioners