UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>RODNEY GRUBBS,<br><br>    Debtor. | CASE NO. 23-05593-JJG-7A |

**AGREED NOTICE OF CONTINUED RULE 2004 EXAMINATION**

Nancy J. Gargula, United States Trustee, by Damaris D. Rosich-Schwartz, Trial Attorney, notifies the Court and the interested parties that, upon request of the Debtor herein, the Fed. R. Bankr. P. 2004 Examination of Rodney Grubbs ("Rule 2004 Examination") in this matter has been rescheduled to February 7, 2025 at 10:00 a.m., prevailing time, in person, and at the following address:

**Office of the United States Trustee
Attention: Damaris D. Rosich-Schwartz
Office of the United States Trustee
46 E. Ohio St., Room 520
Indianapolis, IN 46204**

Counsel for the United States Trustee shall serve this notice upon any creditors that had sought to appear and participate in the Rule 2004 Examination and shall file a certificate of service with the court upon completion.

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

By:/s/ Damaris D. Rosich-Schwartz

Damaris D. Rosich-Schwartz
Trial Attorney
United States Department of Justice
Office of the United States Trustee
46 E. Ohio St., Room 520
Indianapolis, IN 46204
Office 317-226-6101
Damaris.D.Rosich-Schwartz@usdoj.gov