# UNITED STATES BANKRUPTCY COURT

## Southern District of Indiana

## Indianapolis Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Rodney Grubbs ) | Case No. 23-05593-JJG-7A |
| ) | |
| Debtor ) | |

### NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

**To the Court:** The correct address for the following debtor is:

**Name:**

**Listed address:**

FILED
U.S. BANKRUPTCY COURT

JAN 7 2025

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

**Corrected address:**

Respectfully,

_____
(Signature)

Debtor

1-1-2025
Date

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED