**SO ORDERED: January 15, 2025.**



Jeffrey J. Graham
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-05593-JJG-7A |
| RODNEY GRUBBS,<br>Debtor. | CHAPTER 7 |

**ORDER GRANTING MOTION FOR AUTHORITY TO APPEAR AND PARTICIPATE IN FED. R. BANKR. P. 2004 EXAMINATION OF DEBTOR CONDUCTED BY THE OFFICE OF THE U.S. TRUSTEE [DOC. 307]**

This matter came before the Court on the *Motion for Authority to Appear and Participate in Fed. R. Bankr. P. 2004 Examination of the Debtor Conducted by the Office of the U.S. Trustee* [Doc. 307] (the "Motion") filed by creditors, Justin and Meryl Masterson, (the "Mastersons"); the Court having considered the Motion, there having been no objections filed in opposition to the Motion, and the Court being otherwise sufficiently advised;

It is hereby ORDERED that the Motion is GRANTED and the Mastersons, through their counsel, shall be permitted to attend and participate in the Federal Rule of Bankruptcy Procedure Rule 2004 Examination of the Debtor, Rodney Grubbs, conducted by the Office of the U.S.

2

Trustee, currently scheduled to occur in person at the Office of the U.S. Trustee on February 7, 2025, at 10:00 a.m., prevailing time, and any continued or rescheduled date and time.

# # #