UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>RODNEY GRUBBS,<br><br>Debtor. | CASE NO. 23-05593-JJG-7A |

## AGREED NOTICE OF CONTINUED RULE 2004 EXAMINATION

Nancy J. Gargula, United States Trustee, by Damaris D. Rosich-Schwartz, Trial Attorney, notifies the Court and the interested parties that, after conducting the Fed. R. Bankr. P. 2004 Examination of Rodney Grubbs ("Rule 2004 Examination") on February 7, 2025, the Rule 2004 Examination was continued, and the parties have agreed to continue it to March 21, 2025 at 10:00 a.m., prevailing time, in person, and at the following address:

**Office of the United States Trustee**
**Attention: Damaris D. Rosich-Schwartz**
**Office of the United States Trustee**
**46 E. Ohio St., Room 520**
**Indianapolis, IN 46204**

Respectfully submitted,


NANCY J. GARGULA
United States Trustee

By:/s/ Damaris D. Rosich-Schwartz
Damaris D. Rosich-Schwartz
Trial Attorney
United States Department of Justice
Office of the United States Trustee
46 E. Ohio St., Room 520
Indianapolis, IN 46204
Office 317-226-6101
Damaris.D.Rosich-Schwartz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, a copy of the NOTICE OF CONTINUANCE OF RULE 2004 EXAMINATION was served electronically through the Court's Electronic Case Filing System to the following:

| | |
|---|---|
| Steven Charles Coffaro | steve.coffaro@kmklaw.com |
| Matthew W. Foster | efiling@fosterlaw.llc, mfoster@isdh.in.gov |
| Joanne B. Friedmeyer | trustee@friedmeyerlaw.com, jbf@trustesolutions.net |
| Richard Wayne Greeson | wgreeson@greesonlaw.com, courtdocs@greesonlaw.com r54890@notify.bestcase.com |
| Kyle Halbleib | kyle.halbleib@atg.in.gov, marie.baker@atg.in.gov |
| James D. Johnson | jdjohnson@jacksonkelly.com, abigail.luckett@jacksonkelly.com |
| Chacey R. Malhouitre | chacey.malhouitre@jacksonkelly.com, ble@jacksonkelly.com, crford@ecf.courtdrive.com, gina.morse@jacksonkelly.com |
| Joseph L. Mulvey | joseph@mulveylawllc.com, linda@mulveylawllc.com |
| James O'Connor | jjo@barrettlaw.com |
| Michael David Wilhelm | mwilhelm@defur.com |

I further certify that on February 21, 2025, a copy of the NOTICE OF CONTINUANCE OF RULE 2004 EXAMINATION was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Rodney Grubbs
1409 W Spruce Way
Apt H
Greensburg, IN 47240

/s/ Damaris Rosich-Schwartz
Damaris Rosich-Schwartz
Trial Attorney