Exhibit "A" - List of Domains for Auction

| Domain Name | Expiration Date |
| --- | --- |
| 5starpickleball.com | 8/1/25 |
| ALLABOUTPICKELBALL.COM | 11/3/25 |
| ALLABOUTPICKLEBALL.BIZ | 10/22/25 |
| ALLABOUTPICKLEBALL.INFO | 10/23/25 |
| ALLABOUTPICKLEBALL.NET | 10/23/25 |
| ALLABOUTPICKLEBALL.ORG | 10/23/25 |
| BESTPICKLEBALLPADDLE.COM | 12/30/25 |
| buyapickleballpaddle.com | 7/18/25 |
| CHAMPIONSPICKLEBALL.COM | 10/28/25 |
| CHAMPIONSPICKLEBALLCLUB.COM | 10/28/25 |
| CHAMPIONSPLAYPICKLEBALL.COM | 11/1/25 |
| crushitpickleball.com | 12/19/25 |
| dreamteampickleball.com | 12/25/25 |
| fabulousshoppesofpickleball.com | 7/4/25 |
| fabulousshopsofpickleball.com | 11/28/25 |
| fivestarpickleball.com | 8/1/25 |
| gadgetsandwidgetsandstuff.com | 12/14/25 |
| HELPINGPICKLEBALLGROW.COM | 10/23/25 |
| howtobuyapickleballpaddle.com | 7/18/25 |
| howtochooseapaddle.com | 7/18/25 |
| howtochooseapickleballpaddle.com | 7/18/25 |
| howtopickapickleballpaddle.com | 7/18/25 |
| HOWTOPLAYPICKLEBALL.COM | 9/18/25 |
| ipickleballnation.com | 11/24/25 |
| LEARNABOUTPICKLEBALL.COM | 9/15/25 |
| legendarypickleball.com | 8/9/25 |
| LETSPLAYPICKLEBALL.COM | 8/3/25 |
| letsrollpickleball.com | 1/8/26 |
| letsrollsports.com | 1/8/26 |

| | |
|---|---|
| LIFTSOMEONETODAY.COM | 11/20/25 |
| monsterpickleball.com | 11/26/25 |
| MYMARRIAGEBOOSTERS.COM | 3/17/26 |
| NEVERENDINGHONEYMOON.COM | 12/22/25 |
| NEWLEVELFINANCIAL.COM | 11/7/25 |
| NOMINATEAPICKLEBALLCLUB.COM | 9/18/25 |
| officialrulesofpickleball.com | 7/22/25 |
| PASSIONATEABOUTPICKLEBALL.COM | 9/8/25 |
| PERFORMANCEPICKLEBALL.COM | 6/14/25 |
| pickleacrossamerica.com | 10/17/25 |
| pickleball-shopping.com | 10/25/25 |
| PICKLEBALL101.COM | 12/30/25 |
| pickleball4good.com | 12/8/25 |
| pickleball4good.org | 12/8/25 |
| PICKLEBALL4KIDS.COM | 11/24/25 |
| pickleballacrossamerica.org | 10/18/25 |
| PICKLEBALLCHAMPIONS.CLUB | 9/10/25 |
| PICKLEBALLCHAMPIONSCLUB.COM | 11/3/25 |
| PICKLEBALLCHRISTMAS.COM | 9/11/25 |
| PICKLEBALLCHRISTMASGIFTS.COM | 9/18/25 |
| PICKLEBALLCLUBSHIRTS.COM | 10/19/25 |
| PICKLEBALLCLUBWEAR.COM | 10/19/25 |
| pickleballdreamteam.com | 12/25/25 |
| PICKLEBALLFAMILY.COM | 9/15/25 |
| PICKLEBALLFANATIC.COM | 10/23/25 |
| PICKLEBALLFANATICS.COM | 10/23/25 |
| PICKLEBALLFANSTORE.COM | 10/31/25 |
| PICKLEBALLFORDUMMIES.COM | 9/29/25 |
| pickleballgiftshop.com | 10/31/25 |
| PICKLEBALLKIDS.COM | 11/24/25 |
| PICKLEBALLLETSPLAY.COM | 8/3/25 |
| PICKLEBALLMILE.COM | 9/7/25 |

| | |
|---|---|
| **PICKLEBALLMILECLUB.COM** | 9/7/25 |
| **pickleballnation.biz** | 10/24/25 |
| **pickleballoutletstore.com** | 7/2/25 |
| **PICKLEBALLPADDLE.COM** | 1/16/26 |
| **PICKLEBALLPROUD.COM** | 8/8/25 |
| **PICKLEBALLRACKETS.COM** | 11/1/25 |
| **PICKLEBALLSHOPPING.COM** | 12/27/25 |
| **PICKLEBALLTOURNAMENTSHIRTS.COM** | 8/21/25 |
| **PLAYPICKLEBALLTODAY.COM** | 9/11/25 |
| **powerofpickleball.com** | 7/17/25 |
| **quietpaddle.net** | 11/19/25 |
| **REALATHLETESPLAYPICKLEBALL.COM** | 11/1/25 |
| **rocknrollpickleball.com** | 8/18/25 |
| **shoppesofpickleball.com** | 8/4/25 |
| **shopsofpickleball.com** | 11/28/25 |
| **STARTPLAYINGPICKLEBALL.COM** | 1/16/26 |
| **STARTPLAYINGPICKLEBALLTODAY.COM** | 1/16/26 |
| **THEBESTPICKLEBALLPADDLE.COM** | 12/30/25 |
| **thefabulousshoppesofpickleball.com** | 7/4/25 |
| **thefabulousshopsofpickleball.com** | 11/28/25 |
| **THEPERFECTFIRSTYEAR.COM** | 8/31/25 |
| **THEPICKLEBALLCHAMPIONSCLUB.COM** | 12/11/25 |
| **thepickleballlife.com** | 7/2/25 |
| **THEPICKLEBALLMACHINE.COM** | 10/26/25 |
| **THEPICKLEBALLMILE.COM** | 9/7/25 |
| **THEPICKLEBALLMILECLUB.COM** | 9/7/25 |
| **thepickleballoutlet.com** | 7/2/25 |
| **thepickleballoutletstore.com** | 7/2/25 |
| **thepickleballshops.com** | 11/28/25 |
| **theshopsofpickleball.com** | 11/28/25 |
| **THEUNLIMITEDMARRIAGE.COM** | 12/5/25 |
| **UNLIMITEDMARRIAGE.COM** | 7/10/25 |

3

| | |
|---|---|
| **unstoppablepickleball.com** | 7/17/25 |
| **USAPICKLEBALL.COM** | 11/15/25 |
| **USPICKLEBALL.COM** | 11/15/25 |
| **WHATISPICKLEBALL.COM** | 12/21/25 |
| **whichpickleballpaddleshouldibuy.com** | 7/18/25 |
| **WHYPICKLEBALL.COM** | 10/19/25 |
| **worldwidepickleball.com** | 3/13/26 |