**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1

| | |
|---|---|
| **Case No.:** 23-05593 | **Trustee Name:** Joanne B. Friedmeyer |
| **Case Name:** GRUBBS, RODNEY | **Date Filed (f) or Converted (c):** 12/17/2023 (f) |
| **For the Period Ending:** 06/30/2025 | **§341(a) Meeting Date:** 04/23/2024 |
| | **Claims Bar Date:** 07/31/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1549 Bermuda Place, Cincinnati, Ohio | $120,000.00 | $120,000.00 | | $120,000.00 | FA |
| **Asset Notes:**  Rental property.  Should not be considered part of IRA  Offer pending | | | | | |
| 2  316 E 11th Street, Brookville, IN-joint owner | $195,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Tenants by entireties--Abandonded--Doc 262 | | | | | |
| 3  13 E 31st Street, Covington, KY | $135,000.00 | $46,080.13 | | $81,000.00 | FA |
| **Asset Notes:**  States Tenants by Entirety, however, shows single ownership by Debtor  Initially listed for $145,000.  Multiple offers fell through due to the condition and price adjustments were made.  Sale closed at $81,000 | | | | | |
| 4  308 Collier Dr, Sevierville KY | $1,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned Doc 82. Claimed as tenants by entirety.  Believe to be in Tennessee.  Time share interest | | | | | |
| 5  130 Lorenze Ave, Dayton OH | $10,000.00 | $10,000.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned Doc 82. Insufficient equity for meaningful liquidateion utilizing realtor information | | | | | |
| 6  133 Colgate Ave, Dayton, OH--Vacant Lot | $1,170.00 | $1,170.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned Doc 82 | | | | | |
| 7  Colgate Ave, Dayton OH Vacant Lot | $1,170.00 | $1,170.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned Doc 82. Insufficient equity for meaningful liquidateion utilizing realtor information | | | | | |
| 8  207 E Sunrise, Dayton, OH | $98,000.00 | $0.00 | | $83,000.00 | FA |
| **Asset Notes:**  Sale set to close 6/28/24  Alleged $92,176.24 Quitclaim to Edward Karsten Jr as security--never recorded.  Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts it is not an enforceable lien against the real estate | | | | | |
| 9  210 N 7th St, Richmond, IN | $50,000.00 | $50,000.00 | OA | $0.00 | FA |
| **Asset Notes:**  Abandoned Doc 82. Deed reflects ownership by Equity Trust IRA | | | | | |
| 10  319 Hudson Ave W, Dayton, OH | $80,000.00 | $0.00 | | $62,500.00 | FA |
| **Asset Notes:**  Sale pending  Alleged $101,740.67 Quitclaim to Edward Karsten Jr as security, not recorded or perfected  Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts it is not an enforceable lien against the real estate | | | | | |
| 11  423 Fountain Ave, Dayton, OH | $75,000.00 | $62,500.00 | | $62,500.00 | FA |
| **Asset Notes:**  Sale pending | | | | | |
| 12  426 Fountain Ave, Dayton, OH | $71,000.00 | $62,500.00 | | $62,500.00 | FA |
| **Asset Notes:**  Sale pending  Alleged $80,000 to Chien Tang-quitclaim to secure note-not perfected/recorded  Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts it is not an enforceable lien against the real estate | | | | | |
| 13  426 Fountain Ave, Dayton, OH Vacant Lot | $1,200.00 | $1,200.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2

| Case No.: | 23-05593 | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | Date Filed (f) or Converted (c): | 12/17/2023 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 04/23/2024 |
| | | Claims Bar Date: | 07/31/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **Asset Notes:** | Included in sale of Asset No 12 | | | | | |
| 14 | 712 Randolph St, Dayton, OH | $11,000.00 | $11,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned Doc 82. Insufficient equity for meaningful liquidateion utilizing realtor information | | | | | |
| 15 | 3738 Wilmore St, Dayton, OH | $80,000.00 | $62,500.00 | | $62,500.00 | FA |
| **Asset Notes:** | Offer pending | | | | | |
| 16 | 7032 Marsh Creek Dr, Dayton, OH | $68,000.00 | $9,900.00 | | $82,000.00 | FA |
| **Asset Notes:** | Alleged $80,000 to Chien Tang-quitclaim to secure note--not perfected/recorded<br>Alleged $101,740.67 Quitclaim to Edward Karsten Jr as security-not perfected/recorded<br>Due to the failure to perfect prior to the bankruptcy filing, Trustee asserts  they are not enforceable liens against the real estate | | | | | |
| 17 | 2005 Ford Freestyle | $3,113.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Abandoned Doc 82 | | | | | |
| 18 | Stove, Refrigerator, Washer, Dryer, Furniture, Window Air Conditioners | $3,000.00 | $0.00 | | $0.00 | FA |
| 19 | 3 older small flat screen TVs.  One smart flat screen TV. One Windows 10 desktop computer. One 2017 Macbook. One IPhone 15 | $1,500.00 | $0.00 | | $0.00 | FA |
| 20 | 8 Limited Edition prints by artist John Ruthven and Charles Frace | $1,200.00 | $1,200.00 | | $0.00 | FA |
| 21 | 25 Used Pickleball Paddles, Assorted Power Tools | $500.00 | $500.00 | | $0.00 | FA |
| 22 | Taurus PT-ww LR Pistol with Portable Gunsafe ($300), Winchester 22 Riggle Model 190 ($165) | $465.00 | $465.00 | | $0.00 | FA |
| 23 | Everyday clothing | $500.00 | $0.00 | | $0.00 | FA |
| 24 | 47 year old gold wedding band | $200.00 | $200.00 | | $0.00 | FA |
| 25 | 5 year olad shi tsu | Unknown | $0.00 | | $0.00 | FA |
| 26 | 2 sets of blood flow restriction bands | $500.00 | $500.00 | | $0.00 | FA |
| 27 | FCN Bank Acct #1322 checking | $1.81 | $0.00 | | $0.00 | FA |
| 28 | FCN Bank Acct # 3463 Checking | $6.32 | $6.32 | | $0.00 | FA |
| 29 | FCN Bank Acct # 4071 checking | $197.22 | $0.00 | | $0.00 | FA |
| 30 | FCN Bank Acct # 7979 savings | $0.00 | $0.01 | | $0.00 | FA |
| **Asset Notes:** | Negative balance of $329.03 | | | | | |
| 31 | US Bank Checking Acct #0133 | $0.00 | $1,001.19 | | $0.00 | FA |
| **Asset Notes:** | Negative balance of $149.77 | | | | | |
| 32 | US Bank Checking Acct #0158 | $154.12 | $1,441.96 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3

| Case No.: | 23-05593 | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | Date Filed (f) or Converted (c): | 12/17/2023 (f) |
| For the Period Ending: | 06/30/2025 | §341(a) Meeting Date: | 04/23/2024 |
| | | Claims Bar Date: | 07/31/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33 | US Bank Checking Acct #0232 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Negative balance of $222.35 | | | | | |
| 34 | All About Pickleball, LLC, DBA Pickleball Rocks | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 100% ownership,  Pickleball Rocks domain name was sold as part of auction and not part of this asset | | | | | |
| 35 | IRA-Equity Trust Company Acct #2569 | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 36 | Websites:  PickleballShopping.com, AllAboutPickleball.com, UnstoppablePickleball.com, PickleballRules.com, plus Pickleball Rocks related business domain names | $5,000.00 | $5,000.00 | | $4,975.00 | $25.00 |
| **Asset Notes:** | Auction pending | | | | | |
| 37 | Dingman Mortgage:  Columbiana County Ohio | $260,000.00 | $221,153.98 | | $174,436.16 | FA |
| **Asset Notes:** | Book 1758, Page 815, File #2010-00010444 Compute balance at $212,575.90 after July payment Order to Sell Doc 292 for $157,300, less payment made post of $2,142.02 | | | | | |
| 38 | Prudential Term Life L9148462 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Beneficiary--Katherine Grubbs | | | | | |
| 39 | Prendeial Term Life L9340140 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Beneficiary Robert Ruetz | | | | | |
| 40 | Prudential Term LIfe L9956060 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Beneficiary Robert Ruetz | | | | | |
| 41 | HP9010 Printer, Display Tables, Office Chair, Storage Chests, Display Racks | $1,960.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Value included in auctioned inventory Doc 42 | | | | | |
| 42 | Pickleball apparel and paddles | $220,304.60 | $362,029.50 | | $362,029.50 | FA |
| 43 | Intellectual Property (IP) specific to the sport of picleball (includes domain names and mulitple social mdia pages) | $50,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Domain names part of auction, social media pages not estate assets | | | | | |
| 44 | American Family Insurance Term policy on spouse | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | #1695439-1  Beneficiary:  Rodney Grubbs | | | | | |
| 45 | Cash | $50.00 | $0.00 | | $0.00 | $50.00 |
| **Asset Notes:** | No additional cash is known of at this time.  Remains open in any additional source of cash is located. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | | Date Filed (f) or Converted (c): | 12/17/2023 (f) |
| For the Period Ending: | 06/30/2025 | | §341(a) Meeting Date: | 04/23/2024 |
| | | | Claims Bar Date: | 07/31/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 46 | 7000 e-mail pickleball subscribers (Aweber.com) | Unknown | $0.00 | | $0.00 | FA |
| 47 | Rent Receipts | $0.00 | $15,888.18 | | $15,888.18 | FA |
| **Asset Notes:** | Although rents are not scheduled, they are derived from scheduled real estate | | | | | |
| 48 | Your Business Ignited LLC  (u) | $0.00 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Amended Doc 85 to include 100% interest | | | | | |
| 49 | Trademark for the Pickleball Rocks brand, includes registered trademarks for the United States, Japan and European Union  (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended Doc 85--expired | | | | | |
| 50 | Trademark for Your Business Ignited LLC-Logo only  (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Amended Doc 85--expired | | | | | |
| 51 | Potential preference actions  (u) | $0.00 | $600,000.00 | | $177,229.02 | $276,908.52 |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Asset**

|  | $1,596,192.07 | $1,697,406.27 | | $1,350,557.86 | $276,983.52 |
|---|---|---|---|---|---|

---

**Major Activities affecting case closing:**

Auction of remaining websites set for July 7, 2025

Continuing to resolve preference actions.

Settlement reached with Zack and Joshua Grubbs, subject to court approval.

Debtor agreed to waiver of discharge.

Continued attempts to resolve preference actions with complaints being filed when resolution is not progressing..

Proceeding to sell remaining websites.  Employing auctioneer.

Continued activity regarding preference demands.

Application to pay accountants filed.

Tax returns received from accountant for federal return and Indiana, Kentucky and Ohio state returns.

Motion for Authority to Pay Taxes filed.

Letters sent regarding recovery of potential preferences.

Change of address filed for debtor

Judgment in adversary against Chien Tang released any hold on funds from real estate sale.

Order entered for sale of mortgage.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** 23-05593 | **Trustee Name:** Joanne B. Friedmeyer |
| **Case Name:** GRUBBS, RODNEY | **Date Filed (f) or Converted (c):** 12/17/2023 (f) |
| **For the Period Ending:** 06/30/2025 | **§341(a) Meeting Date:** 04/23/2024 |
| | **Claims Bar Date:** 07/31/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Report of sale filed.

Order entered on selling domain name.

Reviewed draft of sale motion.

Offers pending on all real estate except Covington.

Review of Dingman mortgage and note issues.

Reviewed counsel update on issues.

Order approving accountant entered

Filed for enlargement to object to discharge

Motion to Sell 426 Fountain, 423 Fountain, 319 Hudson, 3738 Wilmore--package sale

Order to sell Sunrise entered.  Creditor asserting unrecorded quitclaim deed.

Replacement check for NSF check received.

Motion to sell 1549 Bermuda filed.

Debtor is sending replacement funds for NSF check.

Motion to sell by auction to include intangible assets filed and motion to sell one website domain filed

Inventory picked up in Fort Wayne and Brookville.

Filed application to employ accountant

Application to employ accountant filed

Sent initial paperwork to accountant to facilitate employment.

Buyer cancelled due to condition on 426 Fountain

NSF check replaced by tenant

Applications to sell 426 Fountain and 207 Sunrise filed

Application to employ realtor for Kentucky/Covington real estate

Application for auction sale free and clear filed.

Application to employ Christy's as auctioneer

Arrangements made to insure all real estate being administered by estate.

Application to employ realtor filed--Dayton properties

Lis Pendens for Cincinnati property executed.

Possible retention of LIsa Brinnon as a realtor in the Dayton area.  Preliminary to determining if there is any equity in the real estate.

Application to employ Mulvey Law filed.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/30/2025 | **Current Projected Date Of Final Report (TFR):** 06/30/2026 | /s/ JOANNE B. FRIEDMEYER |
| | | JOANNE B. FRIEDMEYER |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 23-05593 | | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0421 | | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 07/01/2024 | | | Blanket bond (per case limit): | $16,826,667.00 |
| For Period Ending: | 06/30/2025 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2024 | (47) | Richard P Sanders, Sr. | Rent payment--1549 Bermuda Place | 1122-000 | $850.00 | | $850.00 |
| 04/10/2024 | (37) | Rodney or Kathrine Grubbs | March note/mortgage payment for Columbiana Ohio real estate | 1121-000 | $2,142.02 | | $2,992.02 |
| 04/20/2024 | (47) | C&S Contractors LLC | April Rents--Dayton properties | 1222-000 | $2,893.00 | | $5,885.02 |
| 04/29/2024 | (47) | Rodney U Grubbs | Rent for 13 E 31st Street | 1222-000 | $16.02 | | $5,901.04 |
| 05/02/2024 | (47) | Richard F Sanders | April Rent for Bermuda Place Check returned NSF | 1222-000 | $850.00 | | $6,751.04 |
| 05/07/2024 | (47) | DEP REVERSE: Richard F Sanders | April Rent for Bermuda Place Check returned NSF | 1222-000 | ($850.00) | | $5,901.04 |
| 05/15/2024 | (47) | Richard P Sanders Sr | April Rent for Bermuda Place Replaces NSF check | 1222-000 | $850.00 | | $6,751.04 |
| 05/23/2024 | (47) | Richard P Sanders Sr | Rent-Bermuda Place | 1222-000 | $850.00 | | $7,601.04 |
| 05/25/2024 | (47) | C&S Contractors LLC | Rent--Dayton properties | 1222-000 | $2,345.91 | | $9,946.95 |
| 05/29/2024 | (47) | Rodney or Katherine Grubbs | Balance of May rent money Check returned NSF | 1222-000 | $666.34 | | $10,613.29 |
| 06/04/2024 | (47) | DEP REVERSE: Rodney or Katherine Grubbs | Balance of May rent money Check returned NSF | 1222-000 | ($666.34) | | $9,946.95 |
| 06/04/2024 | (37) | Dingman Family Trust | Payment on mortgage | 1121-000 | $2,142.02 | | $12,088.97 |
| 06/11/2024 | (47) | Rodney U Grubbs | Replacement check for nsf check | 1222-000 | $666.34 | | $12,755.31 |
| 06/22/2024 | (37) | Susan & Patrick Dingman | Mortgage payment--Check not properly scanned so reversed deposit to resubmit | 1121-000 | $2,142.02 | | $14,897.33 |
| 06/22/2024 | (37) | DEP REVERSE: Susan & Patrick Dingman | Mortgage payment--Check not properly scanned so reversed deposit to resubmit | 1121-000 | ($2,142.02) | | $12,755.31 |
| 06/22/2024 | (37) | Patrick Dingman | Mortgage Payment | 1121-000 | $2,142.02 | | $14,897.33 |
| 07/03/2024 | (47) | Richard P Sanders Sr | Rent for Bermuda Place | 1122-000 | $850.00 | | $15,747.33 |

| | | | **SUBTOTALS** | | $15,747.33 | $0.00 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 23-05593 |
| --- | --- |
| Case Name: | GRUBBS, RODNEY |
| Primary Taxpayer ID #: | **-***0421 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2024 |
| For Period Ending: | 06/30/2025 |

| Trustee Name: | Joanne B. Friedmeyer |
| --- | --- |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******9301 |
| Account Title: | |
| Blanket bond (per case limit): | $16,826,667.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/08/2024 | | Vantage Land Title, Inc. | Sale of 207 E Sunrise, Dayton | * | $67,809.15 | | $83,556.48 |
| | {8} | | $83,000.00 | 1110-000 | | | $83,556.48 |
| | | | Real estate taxes ($1,961.19) | 2820-000 | | | $83,556.48 |
| | | | Realtor Fees ($4,980.00) | 3510-000 | | | $83,556.48 |
| | | | Tax lien payoff Adair Asset ($2,766.13) | 4700-000 | | | $83,556.48 |
| | | | Real estate taxes prepetition ($3,205.19) | 4700-000 | | | $83,556.48 |
| | | | Ttitle insurance and closing fees ($1,178.34) | 2500-000 | | | $83,556.48 |
| | | | Rent proration ($100.00) | 2500-000 | | | $83,556.48 |
| | | | security deposit-to be reimbursed ($1,000.00) | 2500-000 | | | $83,556.48 |
| 07/08/2024 | (47) | C&S Contractors LLC | June rents | 1122-000 | $3,699.00 | | $87,255.48 |
| 07/08/2024 | | C&S Conractors LLC | Refund of tenant deposit which was deducted from sale proceeds on 207 Sunrise | 2500-002 | | ($1,000.00) | $88,255.48 |
| 07/17/2024 | | Performance Title Escrow Account | Sale of 1549 Bermuda Place Cincinnati | * | $95,708.87 | | $183,964.35 |
| | {1} | | $120,000.00 | 1110-000 | | | $183,964.35 |
| | | | Post petition taxes ($1,251.87) | 2820-000 | | | $183,964.35 |
| | | | Realtor Fees Doc 303 ($4,190.00) | 3510-000 | | | $183,964.35 |
| | | | Prepetition taxes to County Treasurer ($5,144.73) | 4700-000 | | | $183,964.35 |
| | | | Tax lien certificate pay off to Adair Doc 191 ($13,244.03) | 4700-000 | | | $183,964.35 |
| | | | Closing costs ($460.50) | 2500-000 | | | $183,964.35 |
| 07/21/2024 | (47) | Rodney U Grubbs | June net Rent for Covington after payment of utilities | 1122-000 | $373.14 | | $184,337.49 |
| 07/21/2024 | (47) | RODNEY U. OR KATHRINE | July net rent for Covington after payment of utilities | 1122-000 | $40.97 | | $184,378.46 |
| 07/30/2024 | (37) | Susan & Patrick Dingman | Mortgage payment | 1121-000 | $2,142.02 | | $186,520.48 |
| 07/31/2024 | (47) | C&S Contractors LLC | July Rent | 1122-000 | $2,254.00 | | $188,774.48 |

|  | | | SUBTOTALS | | $172,027.15 | ($1,000.00) | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0421 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2024 | | Blanket bond (per case limit): | $16,826,667.00 |
| For Period Ending: | 06/30/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2024 | | Performance Title Inc | Sale of 3738 Wilmore | * | $53,310.23 | | $242,084.71 |
| | {15} | | | $62,500.00 | 1110-000 | | $242,084.71 |
| | | | Post petition taxes | ($67.76) | 2820-000 | | $242,084.71 |
| | | | Rent proration | ($24.19) | 2500-000 | | $242,084.71 |
| | | | Security Deposit--to be reimbursed | ($750.00) | 2500-000 | | $242,084.71 |
| | | | Realtor Fee | ($3,750.00) | 3510-000 | | $242,084.71 |
| | | | Closing costs, recording, notary, recording | ($741.00) | 2500-000 | | $242,084.71 |
| | | | Prepetition taxes | ($3,856.82) | 4700-000 | | $242,084.71 |
| 08/02/2024 | | Performance Title Inc | Sle of 426 Fountain | * | $52,024.43 | | $294,109.14 |
| | {12} | | | $62,500.00 | 1110-000 | | $294,109.14 |
| | | | Post petition taxes | ($115.16) | 2820-000 | | $294,109.14 |
| | | | Rent proration | ($27.42) | 2500-000 | | $294,109.14 |
| | | | Security Deposit--to be reimbursed | ($850.00) | 2500-000 | | $294,109.14 |
| | | | Realtor Fee | ($3,750.00) | 3510-000 | | $294,109.14 |
| | | | Closing costs, recording, utility | ($751.12) | 2500-000 | | $294,109.14 |
| | | | Prepetition taxes | ($1,542.82) | 4700-000 | | $294,109.14 |
| | | | Prepeition tax lien--Adair Asset Mgmt | ($3,439.05) | 4700-000 | | $294,109.14 |

| | | | SUBTOTALS | | $105,334.66 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Page No:** 4

| | | |
|---|---|---|
| **Case No.** | 23-05593 | |
| **Case Name:** | GRUBBS, RODNEY | |
| **Primary Taxpayer ID #:** | **-***0421 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2024 | |
| **For Period Ending:** | 06/30/2025 | |

| | |
|---|---|
| **Trustee Name:** | Joanne B. Friedmeyer |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $16,826,667.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2024 | | Performance Title Inc | Sale of 423 Fountain | * | $48,831.78 | | $342,940.92 |
| | {11} | | | $62,500.00 | 1110-000 | | $342,940.92 |
| | | | Post petition taxes | ($86.91) | 2820-000 | | $342,940.92 |
| | | | Rent proration | ($20.97) | 2500-000 | | $342,940.92 |
| | | | Security Deposit--to be reimbursed | ($650.00) | 2500-000 | | $342,940.92 |
| | | | Realtor Fee | ($3,750.00) | 3510-000 | | $342,940.92 |
| | | | Cost of sale, recording fees, utility, clerk | ($1,901.28) | 2500-000 | | $342,940.92 |
| | | | Real estate taxes prepetition | ($7,259.06) | 4700-000 | | $342,940.92 |
| 08/02/2024 | | Performance Title Inc. | Sale of 319 Hudson | * | $48,168.95 | | $391,109.87 |
| | {10} | | | $62,500.00 | 1110-000 | | $391,109.87 |
| | | | Realtor Fee | ($3,750.00) | 3510-000 | | $391,109.87 |
| | | | Prepetition taxes | ($8,630.76) | 4700-000 | | $391,109.87 |
| | | | Closing costs, recording, county, utility | ($1,101.98) | 2500-000 | | $391,109.87 |
| | | | Security Deposit--to be reimbursed | ($695.00) | 2500-000 | | $391,109.87 |
| | | | Rent proration | ($22.42) | 2500-000 | | $391,109.87 |
| | | | Post petition taxes | ($130.89) | 2820-000 | | $391,109.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $97,000.73 | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | | |
|---|---|---|
| **Case No.** | 23-05593 | |
| **Case Name:** | GRUBBS, RODNEY | |
| **Primary Taxpayer ID #:** | **-***0421 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2024 | |
| **For Period Ending:** | 06/30/2025 | |

| | |
|---|---|
| **Trustee Name:** | Joanne B. Friedmeyer |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******9301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $16,826,667.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2024 | | Vantage Land Title Inc. Escrow | Sale of 7032 Marsh Creek | * | $72,312.96 | | $463,422.83 |
| | {16} | | | $82,000.00 | 1110-000 | | $463,422.83 |
| | | | Rent Proration | ($630.67) | 2500-000 | | $463,422.83 |
| | | | Security Deposit | ($860.00) | 2500-000 | | $463,422.83 |
| | | | Post Petition Taxes | ($655.11) | 2820-000 | | $463,422.83 |
| | | | Realtor Fees | ($4,100.00) | 3510-000 | | $463,422.83 |
| | | | Prepetition taxes | ($2,744.76) | 4700-000 | | $463,422.83 |
| | | | Closing fee, title insurance, recording fee | ($696.50) | 2500-000 | | $463,422.83 |
| 08/13/2024 | | C & S Contractors LLC | Reimbursement of security deposits | * | | ($2,945.00) | $466,367.83 |
| | | | Hudson Security Deposit--to be reimbursed- | $695.00 | 2500-002 | | $466,367.83 |
| | | | Wilmore--Security Deposit reimbursed | $750.00 | 2500-000 | | $466,367.83 |
| | | | 423 Fountain--Security Deposit reimbursement | $650.00 | 2500-000 | | $466,367.83 |
| | | | 426 Fountain--Securty Deposit Reimbursement | $850.00 | 2500-000 | | $466,367.83 |
| 08/27/2024 | (42) | CHRISTY'S OF INDIANA | Sale of inventory | 1129-000 | $362,029.50 | | $828,397.33 |
| 08/28/2024 | (37) | Susan and Patrick Dingman | Mortgage payment | 1121-000 | $2,142.02 | | $830,539.35 |
| 09/18/2024 | (47) | C&S Contractors | August Rent Marsh Creek | 1122-000 | $199.80 | | $830,739.15 |
| 09/18/2024 | | C & S Contractors | Reimbursement for security deposit Marsh Creek | 2500-002 | | ($860.00) | $831,599.15 |
| 09/25/2024 | (37) | Susan & Patrick Dingman | Mortgage payment | 1121-000 | $2,142.02 | | $833,741.17 |
| 10/04/2024 | 1001 | CHRISTY'S OF INDIANA | Auctioneer Fees and Expenses Per #280 | 3610-000 | | $36,202.95 | $797,538.22 |
| 10/04/2024 | 1002 | CHRISTY'S OF INDIANA | Auctioneer Fees and Expenses Doc #280 | 3992-000 | | $3,379.00 | $794,159.22 |
| 10/11/2024 | (36) | GoDaddy.com LLC | Sale of site | 1129-000 | $4,975.00 | | $799,134.22 |
| 10/29/2024 | (37) | Susan and Patrick Dingman | Payment on mortgage | 1121-000 | $2,142.02 | | $801,276.24 |
| | | | **SUBTOTALS** | | $445,943.32 | $35,776.95 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
|---|---|---|---|---|
| Case Name: | GRUBBS, RODNEY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0421 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2024 | | Blanket bond (per case limit): | $16,826,667.00 |
| For Period Ending: | 06/30/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2024 | 1003 | Matthew Foster | Creditor's Attorney Fees and Costs Per Doc 283 | | 6700-000 | | $33,962.50 | $767,313.74 |
| 10/29/2024 | 1004 | Matthew Foster | Creditor's Attorney Fees and Costs Per Doc 283 | | 6710-000 | | $338.00 | $766,975.74 |
| 11/01/2024 | | Agility Closing & Title Services, Inc | Sale of 13 East 31st Covington | | * | $26,656.32 | | $793,632.06 |
| | {3} | | | $81,000.00 | 1110-000 | | | $793,632.06 |
| | | | Mortgage | ($40,211.59) | 4110-000 | | | $793,632.06 |
| | | | Realtor Fees Doc 303 | ($4,860.00) | 3510-000 | | | $793,632.06 |
| | | | Taxes and Fees to City of Covington $5945.44 less credit $449.31) | ($5,496.13) | 4700-000 | | | $793,632.06 |
| | | | Taxes | ($1,805.88) | 2820-000 | | | $793,632.06 |
| | | | City lien to City of Covington | ($1,497.58) | 4700-000 | | | $793,632.06 |
| | | | Closing Costs | ($472.50) | 2500-000 | | | $793,632.06 |
| 11/09/2024 | (37) | John A Palumbo | Sale of Dingman Mortgage | | 1121-000 | $157,300.00 | | $950,932.06 |
| 11/13/2024 | 1005 | JOHN A. PALUMBO | Remittance to purchaser per Order (Doc 292) of payment received post 10/3/24. | | 1121-000 | | $2,142.02 | $948,790.04 |
| 11/14/2024 | 1006 | INTERNATIONAL SURETIES, LTD. | Bond Payment | | 2300-000 | | $737.17 | $948,052.87 |
| 04/08/2025 | (51) | Jerry Fosnaugh | Preference Settlement--Fosnaugh | | 1241-000 | $13,500.00 | | $961,552.87 |
| 04/11/2025 | 1007 | Department Of The Treasury | EIN 61-6710421 Form 1041 for year end 12/31/24 | | 6810-000 | | $90,587.00 | $870,965.87 |
| 04/11/2025 | 1008 | INDIANA DEPARTMENT OF REVENUE | EIN 61-6710421 Form IT-41 for year end 12/31/24 | | 6820-000 | | $9,652.00 | $861,313.87 |
| 04/11/2025 | 1009 | KENTUCKY DEPARTMENT OF REVENUE | LEGAL SUPPORT BRANCH | | 6820-000 | | $2,142.00 | $859,171.87 |
| 04/11/2025 | 1010 | OHIO DEPARTMENT OF TAXATION | EIN 61-6710421 Ohio Form IT 1041 for year end 12/31/24 | | 6820-000 | | $10,158.00 | $849,013.87 |
| 04/30/2025 | (51) | Knecht Rentals | Knecht preference settlement | | 1241-000 | $18,904.03 | | $867,917.90 |
| 05/07/2025 | (51) | Leonard and Leona Marino | Preference Settlement--Marino | | 1241-000 | $6,000.00 | | $873,917.90 |
| 05/13/2025 | 1011 | Marietta CPAs | Accountant Fees & Expenses Per Doc 367 | | 3410-000 | | $9,469.50 | $864,448.40 |
| 05/13/2025 | 1012 | Marietta CPAs | Accountant Fees & Expenses Per Doc 367 | | 3992-000 | | $77.70 | $864,370.70 |
| 05/21/2025 | (51) | Robert L Niedenthal | Preference settlement | | 1241-000 | $23,552.71 | | $887,923.41 |
| | | | **SUBTOTALS** | | | $245,913.06 | $159,265.89 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
| Case Name: | GRUBBS, RODNEY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0421 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2024 | | Blanket bond (per case limit): | $16,826,667.00 |
| For Period Ending: | 06/30/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/29/2025 | (51) | Mark O. Sullivan | Preference Payment (Sullivan) | 1241-000 | $2,000.00 | | $889,923.41 |
| 05/29/2025 | (51) | Bill Reynolds | Preference settlement (Reynolds) | 1241-000 | $6,750.00 | | $896,673.41 |
| 06/03/2025 | (51) | Steven G Taylor | Preference settlement--Taylor | 1241-000 | $13,408.00 | | $910,081.41 |
| 06/13/2025 | (51) | George Sundrup | Recovery of potential preference re: Sundrup | 1241-000 | $22,500.00 | | $932,581.41 |
| 06/24/2025 | (51) | Jennifer C Wilz | Preference settlement Wilz | 1241-000 | $29,000.00 | | $961,581.41 |
| 06/24/2025 | (51) | Mark O Sullivan | Preference settlement payment--Sullivan | 1241-000 | $2,000.00 | | $963,581.41 |
| 06/24/2025 | (51) | C.R. Oglesby | Preference settlement Oglesby | 1241-000 | $15,000.00 | | $978,581.41 |
| 06/30/2025 | (51) | E J Karsten | Settlement of Karsten preference | 1241-000 | $24,614.28 | | $1,003,195.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | TOTALS: | | $1,197,238.53 | $194,042.84 | $1,003,195.69 |
| | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | Subtotal | | $1,197,238.53 | $194,042.84 | |
| | Less: Payments to debtors | | $0.00 | $0.00 | |
| | Net | | $1,197,238.53 | $194,042.84 | |

**For the period of 07/01/2024 to 06/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,335,660.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,335,660.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $343,078.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $343,078.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/04/2024 to 6/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,350,557.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,350,557.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $343,078.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $343,078.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8

| Case No. | 23-05593 | | Trustee Name: | Joanne B. Friedmeyer |
| Case Name: | GRUBBS, RODNEY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0421 | | Checking Acct #: | ******9301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2024 | | Blanket bond (per case limit): | $16,826,667.00 |
| For Period Ending: | 06/30/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,197,238.53 | $194,042.84 | $1,003,195.69 |

**For the period of 07/01/2024 to 06/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,335,660.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,335,660.53 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $343,078.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $343,078.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/04/2024 to 6/30/2025**

| | |
|---|---|
| Total Compensable Receipts: | $1,350,557.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,350,557.86 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $343,078.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $343,078.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOANNE B. FRIEDMEYER

JOANNE B. FRIEDMEYER