## Summary information for: AmRhein, Wayne & Lynne

| Description | Principal | Date Inception | Date Maturity | Comments | Interest: At Maturity | Interest: Dec-17-2023 | Payments | Liability |
|---|---|---|---|---|---|---|---|---|
| Note 1 | $30,000.00 | Aug-19-2023 | Feb-19-2025 | Note not matured | $0.00 | $909.03 | $0.00 | $30,909.03 |
| Note 2 | | | | | | | | |
| Note 3 | | | | | | | | |
| Note 4 | | | | | | | | |
| Note 5 | | | | | | | | |
| Note 6 | | | | | | | | |
| Note 7 | | | | | | | | |
| Note 8 | | | | | | | | |
| **Total** | **$30,000.00** | | | | **$0.00** | **$909.03** | **$0.00** | **$30,909.03** |

Rev 1.1

# PROMISSORY NOTE

LOAN AMOUNT: $ 30,000.00                    Date  8/9/2023

Eighteen (18) months after the above date, for value received, the undersigned promises to pay to the

order of **Wayne Amrhein and/or Lynne Amrhein**

located at **540 Bali Court in Greensburg, Indiana 47240**

the sum of **Thirty Thousand dollars ($ 30,000.00),**

plus an annualized interest rate of **Twelve Percent (12%) APR**, payable 2/9/2025.

NOTE: Interest will be compounded monthly throughout the term of this contract.

Repayment shall be in one lump sum, made on or before February 9, 2025.

There is NO early repayment penalty. This is an unsecured loan.

In case suit or collection proceedings shall be brought for the collection of this note, the undersigned

agrees to pay reasonable attorney fees and court costs for making such collection, and also agrees to

waive demand, notice of non-payment, and protest.

This note shall be deemed in default if full principal plus late payment is not received by close of

business February 9, 2025.

_____

Borrower – Rodney Grubbs: All About Pickleball, LLC / DBA Pickleball Rocks

State of Indiana
County of Franklin

I, _Mariah J Kunkel_____, Notary Public in and for the state of **Indiana**, do
hereby certify that personally appeared before me **Rodney Grubbs** known to be the individual
described in and who freely and voluntarily executed the within instrument for the deeds and
purposes herein mentioned.

Given under my hand and official seal this _9_ day of (mo.) _August_, (yr.)_2023_.

Commission expires (mo./day)___12/27_____, (yr.)_2026_.

Mariah J Kunkel
Notary Public, State of Indiana
Franklin County
SEAL    Commission Number 671/1632
My Commission Expires
December 27, 2026

_Mariah J Kunkel_
Notary Public