UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                        )
RODNEY GRUBBS                                      )          CASE NO.: 23-05593-JJG-7-7A
           Debtor(s)                                      )

### TRUSTEE'S OBJECTION TO CLAIM No. 49 AND PROPOSED MODIFICATION AND NOTICE OF RESPONSE DEADLINE AND PROPOSED MODIFICATION

Joanne B. Friedmeyer, Trustee files this Objection to Claim No 49, pursuant to Fed. R. Bankr. P. 3007(a) as to claimant D ("Creditor") for the reason that the Trustee is unable to determine the validity of a creditor "D" due to the lack of supporting documents in this name. However, the supporting documents and signature do reflect a creditor of David E Jordan. The Trustee therefore requests that the Claim 49 modified and allowed as to David E Jordan and disallowed as to 'D".

NOTICE: **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.** If you do not want the court to enter an order affecting your claim, then on or before December 15, 2025, (**30 days** from the date of service), you or your lawyer must file a written response to the objection explaining your position**.** However, if you were served by mail, your deadline for filing a written objection is extended for 3 additional days.

Those not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at 46 East Ohio Street, Rm. 116, Indianapolis, Indiana, 46204.

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy of your objection to: Joanne B Friedmeyer, Trustee, 1389 West 86th Street, #280, Indianapolis, IN 46260.

If you or your attorney do not take these steps, the court may decide you do not oppose an order affecting your claim.

WHEREFORE, the Trustee moves the Court for an order disallowing the Creditor's claim.

Respectfully submitted:
/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer
1389 West 86th Street, #280
Indianapolis, IN 46260
Phone: (317) 755-3103
Email: JFriedmeyer@FriedmeyerLaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on November 13, 2025, a copy of the foregoing Trustee's Objection to Claim was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Robert Bruce Berner    rberner@baileycav.com, lpatterson@baileycav.com
Steven Charles Coffaro    steve.coffaro@kmklaw.com
Matthew W. Foster    mfoster@seanmclapp.com, mfoster@isdh.in.gov
Richard Wayne Greeson    wgreeson@greesonlaw.com, courtdocs@greesonlaw.com;r54890@notify.bestcase.com
Kyle Halbleib    kyle.halbleib@atg.in.gov, marie.baker@atg.in.gov
James D. Johnson    jdjohnson@jacksonkelly.com, abigail.luckett@jacksonkelly.com
Chacey R. Malhouitre    chacey.malhouitre@jacksonkelly.com, ble@jacksonkelly.com;crford@ecf.courtdrive.com;gina.morse@jacksonkelly.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
James O'Connor    jjo@barrettlaw.com
Damaris D Rosich-Schwartz    damaris.d.rosich-schwartz@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Michael David Wilhelm    mwilhelm@defur.com

       I further certify that on November 13, 2025, a copy of the foregoing Trustee's Objection to Claim was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

David E Jordan
1826 Lazy River Dr.
St. George, UT 84790

                                           /s/ Joanne B. Friedmeyer
                                           Joanne B. Friedmeyer
                                           1389 West 86th Street, #280
                                           Indianapolis, IN 46260
                                           Phone: (317) 755-3103
                                           Fax: (317) 257-5676
                                           Email: JFriedmeyer@FriedmeyerLaw.com