UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RODNEY GRUBBS ) | CASE NO.: 23-05593-JJG-7-7A |
| Debtor ) | |

### TRUSTEE'S OBJECTION TO CLAIM No. 19 AND NOTICE OF RESPONSE DEADLINE

Joanne B. Friedmeyer, Trustee files this Objection to Claim No 19, pursuant to Fed. R. Bankr. P. 3007(a) and 3001 as to claimant Jacqueline Kitzinger ("Creditor") and requests the claim be disallowed as to funds in the estate for the reason that the supporting documents do not reflect any sums due and owing to the claimant. Rather, the writings attached to the claim include a note to Mark Metzger and Kirk Kitzinger and a check from Kirk Kitzinger, which are duplicative of Claim 18. There are no documents establishing a claim in the name of Jacqueline Kitzinger.

NOTICE: **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**
If you do not want the court to enter an order affecting your claim, then on or before December 15, 2025, (**30 days** from the date of service), you or your lawyer must file a written response to the objection explaining your position. However, if you were served by mail, your deadline for filing a written objection is extended for 3 additional days.

Those not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at 46 East Ohio Street, Rm. 116, Indianapolis, Indiana, 46204.

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy of your objection to: Joanne B Friedmeyer, Trustee, 1389 West 86th Street, #280, Indianapolis, IN 46260.

If you or your attorney do not take these steps, the court may decide you do not oppose an order affecting your claim.

WHEREFORE, the Trustee moves the Court for an order disallowing the Creditor's claim.

Respectfully submitted:
/s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer
1389 West 86th Street, #280
Indianapolis, IN 46260
Phone: (317) 755-3103
Email: JFriedmeyer@FriedmeyerLaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2025, a copy of the foregoing Trustee's Objection to Claim was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Robert Bruce Berner    rberner@baileycav.com, lpatterson@baileycav.com
Steven Charles Coffaro    steve.coffaro@kmklaw.com
Matthew W. Foster    mfoster@seanmclapp.com, mfoster@isdh.in.gov
Richard Wayne Greeson    wgreeson@greesonlaw.com, courtdocs@greesonlaw.com;r54890@notify.bestcase.com
Kyle Halbleib    kyle.halbleib@atg.in.gov, marie.baker@atg.in.gov
James D. Johnson    jdjohnson@jacksonkelly.com, abigail.luckett@jacksonkelly.com
Chacey R. Malhouitre    chacey.malhouitre@jacksonkelly.com, ble@jacksonkelly.com;crford@ecf.courtdrive.com;gina.morse@jacksonkelly.com
Joseph L. Mulvey    joseph@mulveylawllc.com, linda@mulveylawllc.com
James O'Connor    jjo@barrettlaw.com
Damaris D Rosich-Schwartz    damaris.d.rosich-schwartz@usdoj.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
Michael David Wilhelm    mwilhelm@defur.com

      I further certify that on November 13, 2025, a copy of the foregoing Trustee's Objection to Claim was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jacqueline Kitzinger
4917 Deer Ridge Drive S.
Carmel, IN 46033

      /s/ Joanne B. Friedmeyer
Joanne B. Friedmeyer
1389 West 86th Street, #280
Indianapolis, IN 46260
Phone: (317) 755-3103
Fax: (317) 257-5676
Email: JFriedmeyer@FriedmeyerLaw.com