## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-05593-RLM-7 |
| **RODNEY GRUBBS,** ) | |
| ) | |
| **Debtor.** ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Rodney Grubbs, Case No. 23-5593 |
|---|---|
| Creditor Name and Address: | Zack and Amy Grubbs<br>c/o James J. O'Connor<br>Barrett McNagny, LLP<br>215 E. Berry Street<br>Fort Wayne, IN 46802 |
| Court Claim Number (if known): | 51 |
| Date Claim Filed: | 7/15/2024 |
| Total Amount of Claim Filed: | $964,706.03 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

No objection has been filed to the above-referenced claim being withdrawn. The claimant is not a defendant in an adversary proceeding in the case.

Dated: November 14, 2025.               */s/ James J. O'Connor*
                                        Print Name:  James J. O'Connor
                                        Title (if applicable): Attorney for Creditor

4906-9885-2730