UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | CASE NO.: 23-0553-RLM-7 |
| | ) | |
| Debtor. | ) | |

**Notice of Change of Address for Creditor**

Please be advised that Creditor, Robert Zitnick hereby gives notice that her address has changed from 5173 Blue Creek Rd Brookville, IN 47012. Disbursement and notices in connection with his Creditor's Claim No. 74 of $1,526,212.58 as filed against the debtor in the above referenced case should be sent to the following address:

Robert Zitnick
in care of Robyn Zitnick
30 S 19th Street
Richmond, IN 47374

Respectfully Submitted:

/s/ Richard Wayne Greeson_____
RICHARD WAYNE GREESON, #12644-98
Attorney for Creditor Robert Zitnick
501 N. Central Avenue
Connersville, IN 47331
765-825-9690

**Certificate of Service**

The undersigned certifies that it has served a copy of this Notice of Address Change electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by ordinary U.S. Mail on this 18th day of November, 2025 to all parties listed below.

Rodney Grubbs
1409 W Spruce Way Apt. H
Greensburg, IN 47240

/s/ Richard Wayne Greeson_____
RICHARD WAYNE GREESON, #12644-98