IN RE: TRUSTEE'S OBJECTION TO CLAIM No 45       CASE NO: 23-05593-JJG-7-7A

RODNEY GRUBBS, DEBTOR

## CLAIMANT'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM No. 45

Claimant Stephen L. Mahuron ("Creditor") responds to Trustee's Objection to Claim No. 45 for the following reasons:

- Claimant's name is erroneous in Paragraph 1 of Trustee's Objection.
- Claimant has no reference documentation from the Court regarding Claim No.s 45 and 47; consequently, Claimant cannot examine or verify whether what "appears to be a duplicate" is, in fact, a duplicate.

I can verify that I have submitted Proof of Claim on Form 410 with the United States Bankruptcy Court for the Southern District of Indiana, executed on or about 7/10/2024, under the name Stephen L. Mahuron and in the amount $29,607.61.

My claim is not to be confused with two (2) claims similarly submitted to the Court by my wife, Judith A. Mahuron, in the amounts $35,415.07 and $57,424.87.

If the Court or Trustee will provide full documentation of the numbers assigned all above claims, and any others deemed duplicates, I will be happy to examine and verify whether any is a duplicate and readily consent to your disallowing it.

Respectfully,

*Stephen L. Mahuron* (signature)

Stephen L. Mahuron
714 Idlewood Drive
Connersville, IN   47331
(765) 969-5657
smahuron@yahoo.com

Prepared by Judith A. Mahuron
714 Idlewood Drive
Connersville, IN   47331
(765) 606-4508
jmahuron@yahoo.com

FILED
U.S. BANKRUPTCY COURT

NOV 26 2025

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS