SO ORDERED: February 23, 2026.

_____
**Jeffrey J. Graham
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY GRUBBS | ) | Case No. 23-05593-JJG-Chapter 7A |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 3

The Trustee's Objection to Claim No. 3 comes before the Court after notice. No response to the objection was filed. Accordingly, the Court now ORDERS that Claim No. 3 filed by Gerald Bischoff and Tracy Lynn Bischoff be amended to only include principal and interest due and owing as of the date of filing of the bankruptcy, namely December 17, 2023, within 20 days of the date of this Order. Should no amendment be made, the Claim is disallowed as to funds in the estate.

###